UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                        Case No. 8:24-cr-429-CEH-CPT

WIESLAW ROBERT RUTA
_____/

**O R D E R**

Before the Court is Defendant Wieslaw Robert Ruta's *Amended Motion for Rule 17(b) Trial Subpoenas* and proposed subpoenas. (Docs. 119, 119-1, 119-2). By way of his amended motion, Ruta asks that the Court authorize the issuance and service of subpoenas requiring his co-Defendants, Slawomir Winiewski and Piotr Marek Adamczyk, to testify at his trial which is scheduled for May 18, 2026. *Id.* In support of this request, Ruta represents that his co-Defendants have firsthand knowledge of the facts in his case and that while his co-Defendants would most certainly be brought to trial, it is unknown whether one or both of them will resolve their case prior to trial or otherwise not be present.

Upon due consideration of the matter, the Court finds that Ruta—who is indigent (Doc. 13)—is financially unable to pay the costs and fees associated with the above witnesses, and that the witnesses' presence is necessary for an adequate defense. *See* Fed. R. Crim. P. 17(b).

Accordingly, it is hereby ORDERED:

1.      Ruta's *Amended Motion for Rule 17(b) Trial Subpoenas* (Doc. 119) is granted.

2.      The Clerk of Court shall issue subpoenas for Piotr Marek Adamczyk and Slawomir Winiewski to testify at the May 18, 2026, trial in this case. (Docs. 119-1, 119-2).

3.      The costs incurred by the process and the fees associated with these witnesses shall be paid in the same manner in which similar costs and fees are paid for witnesses subpoenaed on behalf of the government.  *See* Fed. R. Crim. P. 17(b).

SO ORDERED in Tampa, Florida, this 22nd day of April 2026.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copy to:
Counsel of record

2