**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 24-CR-429-CEH-CPT |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| WIESLAW ROBERT RUTA | SUPOENA FOR TRIAL TESTIMONY |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SLAWOMIR WINIEWSKI

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Federal Inmate c/o US Marshal - Hernando County Detention Facility

MAY 6 2026 AM10:30
FILED - USDC - FLMD - TPA

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Wes Trombley<br>Trombley & Hanes<br>707 N. Franklin St. 10th, Floor<br>Tampa, FL 33602 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Inmate is located at the Hernando County Jail along with co-defendants. Inmate is represented by the Federal Public Defender, Ryan McGuire.

38635 - 511  US Marshall #

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☒ DEFENDANT | TELEPHONE NUMBER<br>(813) 363-6309 | DATE<br>5/4/26 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 18 | District to Serve<br>No. 18 | Signature of Authorized USMS Deputy or Clerk<br>MCKenji Phelre | Date<br>5-5-26 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>5-6-26 | Time<br>0914 | ☒ am<br>☐ pm |
|---|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy<br>MCKenji Phel |
|---|---|

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

SERVED TO INMATE IN CUSTODY

Form USM-285
Rev. 03/21