UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:24-cr-429-CEH-CPT

WIESLAW ROBERT RUTA,

    Defendant.
_____/

## DEFENDANT WIESLAW ROBERT RUTA'S PROPOSED VOIR DIRE

COMES NOW, the Defendant, WIESLAW ROBERT RUTA, and proposes the following *voir dire* topics and questions.  In addition to the Court's questions to the venire, the Defendant submits the following questions in order that the Defendant may intelligently and effectively challenge any jurors for cause and exercise the peremptory challenges afforded to her pursuant to Rule 24 of the Federal Rules of Criminal Procedure and the Fifth and Sixth Amendments of the Constitution of the United States of America.

## GENERAL BACKGROUND

1.     What is the extent of your educational background?

2.     To what clubs, societies, professional associations or other organizations do you belong?

3.     What is your occupation and how long have you been so employed?

4.     Are you married?

5.     What does your spouse do?

1

## MILITARY SERVICE

6.    Have any of you ever served in the Military?

7.    If so, what branch of service and for how long?

8.    Where?

## BURDEN OF PROOF

9.    The burden of proof in a criminal case - proof beyond a reasonable doubt - is the highest burden of proof in the law and that it requires significantly more evidence than mere preponderance, significantly more evidence than a probability, and significantly more evidence than clear and convincing evidence?  You must hold the government to this burden.  Can you hold the government to that burden?

10.    The Defendant need not testify, need not offer any evidence, and may, in fact, stand mute, and if you are not convinced by the prosecution by proof beyond a reasonable doubt that the defendant is guilty, you must acquit. Does anyone here feel that a defendant must testify or put forth evidence on her own behalf before you can find him not guilty?

## CONNECTION WITH LAW ENFORCEMENT AGENCIES

11.    Do any of you feel that just because a law enforcement agent or witness testifies that he/she is more credible than a lay witness?

12.    Are any of you related to any employees of the United States Attorney's Office, or any federal or state law enforcement office?

13. Have you or a family member worked in the past for any federal, state or local law enforcement agency? If so, please describe the time, agency, and type of work you or any family member performed.

## DRUGS

14. The allegations against the defendants in this case involve drugs, specifically cocaine. Have your experiences with drugs shaped your opinion in such a way that you feel you could not fairly evaluate the evidence in this trial?

15. Has anyone had a family member or close friend negatively impacted by drug use, specifically cocaine? Given that family member or friends negative experience, can you sit as a juror and listen to facts that may involve cocaine?

16. Has anyone had their own personal struggle with cocaine or drugs such that a case that involves cocaine would be too difficult to hear?

17. Has anyone worked as a drug treatment counselor or worked at a facility dedicated to treating substance abuse?

## FOREIGNERS

18. The defendants in this case are of Polish background and nationality. They speak Polish and we will have a Polish interpreter assisting the trial. Does anyone carry any strong feelings against foreigners or Polish people in particular?

## PRIOR JURY SERVICE

19.     Have you ever served on a jury before? This would include a jury such as we are selecting today, or a grand jury.

20.     Was a verdict reached in the trial upon which you served as a juror?

21.     Do you want to serve as a juror?

22.     Why do you feel that you would be a good juror for this case?

## CONFIDENCE AS JUROR

23.     If all of the other jurors thought that a defendant was guilty and you were sincerely convinced that the prosecution had not proven him guilty beyond a reasonable doubt, would you be able to stand strong and maintain a not guilty vote?

24.     Would you do so even if sticking to your views would prevent a verdict and force this case to be delayed?

## KNOWLEDGE OF ATTORNEYS

25.     Is any member of the jury panel related to, acquainted with, or have you ever known someone from the Assistant United States Attorney's Office or the defense attorneys in this case?

Respectfully submitted,

By: s/    *Wes Trombley*
*WES TROMBLEY*
Florida Bar No.  0684953
TROMBLEY & HANES. P.A.
707 North Franklin Street
10th Floor
Tampa, Florida  33602

4

Telephone: (813) 229-7918
Facsimile:  (813) 223-5204
Email:
wtrombley@trombleyhaneslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record:

s/_Wes Trombley_
WES TROMBLEY

5