**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                          CASE NO: 8:24-cr-429-CEH-CPT

WIESLAW ROBERT RUTA (2) and
PIOTR MAREK ADAMCZYK (3)

_____

### ORDER

Pursuant to Local Rule 7.02(a)(2), Jakub Zaic and Wojteck Sawa are hereby authorized to each bring one cell phone and one laptop beyond the courthouse's security checkpoint in connection with providing interpreter services at a jury trial scheduled before Judge Charlene Edwards Honeywell in Courtroom 13A commencing on Monday, May 18, 2026. The trial is scheduled to continue through Friday, May 22, 2026, or until the Court discharges the jury. Mr. Zaic and Mr. Sawa are reminded, however, that "[n]o one may broadcast, televise, record, or photograph a judicial proceeding." M.D. Fla. R. 5.01. Mr. Zaic and Mr. Sawa are also reminded that their devices are subject to inspection anywhere in the courthouse and may not be shared with or delivered to another person. M.D. Fla. R. 7.02(b), (c).

**DONE AND ORDERED** in Tampa, Florida, on this 12th day of May 2026.

Charlene Edwards Honeywell
United States District Judge

Copies to: Court Security Officers - Front Desk