UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                     CASE NO. 8:24-cr-429-CEH-CPT

WIESLAW ROBERT RUTA, and
PIOTR MAREK ADAMCZYK

## GOVERNMENT'S WITNESS LIST

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called in the government's case-in-chief:

1. USCG ME2 Nicholas Sweet

2. USCG ME1 Chandler Hawkins

3. Lars Matos

4. DEA SA Daniel McDonough

5. HSI SA Shawn Nelson

6. HSI SA Carlos Carrasquillo

7. Alice Krzak, FBI Language Specialist

8. HSI SA Justin Gaertner

9. USCG LT Aiden Arsenault

10. USCG ME2 Buddy Gavisk

11. USCG LT Kristian Sova

12. DEA SA Steven P. Maurizio

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    /s/ Joseph K. Ruddy
Joseph K. Ruddy
Assistant United States Attorney
United States Attorney No.: 037
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: joseph.ruddy@usdoj.gov

2

**U.S. v. Wieslaw Robert Ruta, et. al.**          **Case No. 8:24-cr-429-CEH-CPT**

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Counsel of Record

/s/ *Joseph K. Ruddy*
Joseph K. Ruddy
Assistant United States Attorney
United States Attorney No.037
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: joseph.ruddy@usdoj.gov