UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,     ☐
      Government    ☒

v.                          Case No. 8:24-cr-429-CEH-CPT

WIESLAW ROBERT RUTA, and
PIOTR MAREK ADAMCZYK

      Defendant     ☒

## EXHIBIT LIST

☒ Government   ☐ Plaintiff(s)  ☐ Defendant(s)   ☐ Court  ☐ Other:

| Exhibit No. | Date Identified (Court Only) | Date Admitted (Court Only) | Witness (Court Only) | Description |
|---|---|---|---|---|
| 1 | | | | Photo - SV NICOLLET (aft) underway 9/20/24 |
| 2 | | | | Photo - SV NICOLLET (port) underway 9/20/24 (rub marks) |
| 3 | | | | Photo - SV NICOLLET (starboard) underway 9/20/24 |
| 4 | | | | Photo - SV NICOLLET (starboard) underway 9/20/24 (fuel barrels) |
| 5 | | | | Photo - SV NICOLLET (starboard aft) 9/20/24 (rub marks) |
| 6A/B | | | | Passport- Weslaw Robert Ruta |

Case No.: 8:24-cr-429-CEH-CPT                                    Page 2 of 7 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| **7A-D** | | | | Passport – Piotr Marek Adamczyk |
| **8A-B** | | | | Passport – Slawomir Wisniewski |
| | | | | |
| **9** | | | | Vessel Diagram (top view)– SV NICOLLET 9/21/24 |
| **10** | | | | Vessel Diagram (side view) – SV NICOLLET 9/21/24 |
| **11** | | | | Photo – phones in Cabin SV NICOLLET 9/20/24 |
| **12** | | | | Photo – Satellite phone in Cabin SV NICOLLET 9/20/24 |
| **13** | | | | Photo – wood panel being removed – Master cabin |
| **14** | | | | Photo – wood panel removed – Master cabin |
| **15** | | | | Photo – Master cabin wall – panels removed-cutout exposed |
| **16** | | | | Photo of cutout removed-contraband and black bags inside |
| **17** | | | | Photo – kilograms/black bags packed around tiller steering column |

2

Case No.: 8:24-cr-429-CEH-CPT                     Page  3  of  7  Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| 18 | | | | Photo – closeup of false compartment |
| 19 | | | | Photo - kilogram in false compartment |
| 20 | | | | Photo – kilograms in black bag in false compartment |
| 21 | | | | Photo - stacked contraband in false compartment |
| 22 | | | | Photo - stacked contraband in false compartment |
| 23 | | | | Photo – contraband stacked around tiller steering column |
| 24 | | | | Photo – kilograms with flower markings |
| 25 | | | | Photo – kilograms with Toyota markings |
| 26 | | | | Photo- kilograms with Eifel tower markings |
| 27 | | | | Photo (1)– kilograms stacked in CGC Resolute ammo locker |
| 28 | | | | Photo (2)– kilograms stacked in CGC Resolute ammo locker |
| 29 | | | | Photo -kilograms recovered from SV NICOLLET |
| 30 | | | | Drawing from red notebook Styczen 22-28 |

Case No.: 8:24-cr-429-CEH-CPT                   Page 4 of 7 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| **31** | | | | Drawing from red notebook Styczen 29- Luty 4 |
| **32** | | | | Drawing from red notebook Luty 5-11 |
| **33** | | | | Drawing from re notebook Luty 12-18 |
| **34** | | | | Drawing from black notebook |
| **35** | | | | Drawings from black notebook -2 pages |
| **36** | | | | Drawings from black notebook – 2 pages |
| **37** | | | | NICOLETT video July 30, 2024 |
| **38** | | | | Photo - Winiewski July 31, 2024 |
| **39** | | | | Photo - Ruta July 31, 2024 |
| **40** | | | | Photo - power tools August 1, 2024 |
| **41** | | | | Photo - power tools August 1, 2024 |
| **42** | | | | Photo - Ruta August 1, 2024 |
| **43** | | | | Photo of Nicollet August 4, 2024 |

Case No.: 8:24-cr-429-CEH-CPT                                   Page 5 of 7 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| **44** | | | | Photo of interior of Nicollet on August 6, 2024 |
| **45** | | | | Photo of interior of Nicollet on August 8, 2024 |
| **46** | | | | Photo of multi-functional saw on August 11, 2024 |
| **47** | | | | Photo of interior of Nicollet August 13, 2024 |
| **48** | | | | Photo of wood paneling August 13, 2024 |
| **49** | | | | Screenshot of wood paneling August 13, 2024 |
| **50** | | | | Screenshot of wood paneling August 13, 2024 |
| **51** | | | | Photo of drawing August 14, 2024 |
| **52** | | | | Photo of interior of Nicollet August 15, 2024 |
| **53** | | | | Photo of construction on Nicollet   August 15, 2024 |
| **54** | | | | Photo of construction on Nicollet August 15, 2024 |
| **55** | | | | Photo of construction on Nicollet August 15, 2024 |

Case No.: 8:24-cr-429-CEH-CPT                    Page 6 of 7 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| **56** | | | | Photo of construction on Nicollet August 15, 2024 |
| **57** | | | | Photo of construction on Nicollet August 16, 2024 |
| **58** | | | | Photo of construction on Nicollet August 16, 2024 |
| **59** | | | | Photo of construction on Nicollet August 18, 2024 |
| **60** | | | | Photo of construction on Nicollet on August 18, 2024 |
| **61** | | | | Photo of construction on Nicollet August 18, 2024 |
| **62** | | | | Video of Nicollet on August 21, 2024 (DISC-00892) |
| **63A/B** | | | | Custody Receipt- seized property - Winiewski |
| **64** | | | | Custody Receipt- seized property - Ruta |
| **65** | | | | Custody Receipt- seized property -Adamczyk |
| **66** | | | | Consent to Search Samsung Cell phone - Adamczyk |
| **67** | | | | Consent to Search two phones/laptop - Ruta |
| **68** | | | | Consent to Search property (Exh 63A/B) - Winiewski |

Case No.: 8:24-cr-429-CEH-CPT                                    Page 7 of 7 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| **69** | | | | Certificate of Authenticity FRE 902(14)- Justin Gaertner |
| | | | | |
| | | | | |