UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:24-cr-429-CEH-CPT

WIESLAW ROBERT RUTA, and
PIOTR MAREK ADAMCZYK

**<u>UNITED STATES'S REQUESTED VOIR DIRE</u>**

The United States hereby requests the Court to ask the following questions of

the jury panel during jury selection.

1.     Does anyone have any nautical experience, professional or recreational,

by sailing or motorized vessels?

GREGORY W. KEHOE
United States Attorney

By:    */s/ Joseph K. Ruddy*
       JOSEPH K. RUDDY
       Assistant United States Attorney
       USAO No. 037
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: joseph.ruddy@usdoj.gov

**U.S. v. Ruta, et al**                    **Case No. 8:24-cr-429-CEH-CPT**

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to all counsel of record.

*/s/ Joseph K. Ruddy*
JOSEPH K. RUDDY
Assistant United States Attorney
USAO No. 037
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: joseph.ruddy@usdoj.gov

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 1**

Please state your full name.

What is your occupation? If you are retired or not currently working, please state what your last employment was.

Are you married?

Is your spouse employed? If so, what type of work does he or she do?

Do you have any children of working age?

If so, how many and what type of work do they do?

**GOVERNMENT'S REQUESTED VOIR DIRE NO. 2**

Do any of you know me, the Honorable Charlene Honeywell, or my staff?

Do any of you know the prosecutor, Assistant United States Attorney **Joseph K. Ruddy**, or the case agent, CGIS Special Agent **Anthony Reynolds?**

Do any of you know the Defendants or any member of their family?

Do any of you know the defense counsel, **Ryan Maguire, Wesley Trombley,** or **Omar Abdelghany**?

Do any of you know any of the potential witnesses in this case? [Read names from the United States's Witness List and Defendant's Witness Lists, if applicable.]

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 3

Have you ever served on a jury before, either in state court or in federal court?

If so, when did you serve? Where?

What type of case did you sit in as a juror?

Did the jury on which you served reach a verdict?

Was there anything about that experience you had as a juror which could, in any way, affect your ability to sit as a fair and impartial juror in this type of case and concerning these types of charges?

If you previously sat as a juror in a case, the law which you may have been told in that case may be different from the law that would relate to these criminal charges. Can you assure the Court and counsel for all parties that you will obey and follow the law as I instruct you, even if it is contrary to what you might have been told in the case(s) on which you previously sat as a juror?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 4

Do you have any member of your family, close friend, or acquaintance who is involved in law enforcement, including state or federal police officers, sheriff's deputies, law enforcement agents, Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Homeland Security Investigations (HSI), Coast Guard Investigative Service (CGIS), or any state or other federal law enforcement agency?

Do you have any member of your family, close friend or acquaintance who is a member of the U.S. Coast Guard?

If so, who do you know? What does that person do? What is the nature of your relationship to that person?

Could the fact that you have such a friend or relative in any way affect your ability to be a fair and impartial juror sitting in a criminal case and evaluating the testimony of law enforcement officers?

Does any member of the jury panel have any matter pending before the United States Attorney's Office in this district or any other district in which you are involved as a party, witness, or subject of some legal action?

If so, please explain what type of matter it is and what your involvement in it is.

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 5

Have you, any member of your family, or close friend, ever been the victim of a crime?

If so, what happened?

When did this happen?

Was anyone charged or prosecuted as a result, to your knowledge?

If so, did you have to speak to police, appear in court, or give testimony in that regard?

Is there anything in that experience which could in any way possibly affect your ability to render a verdict in a criminal case which would be fair and impartial both to the defendants and to the United States?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 6

Has any member of the jury panel ever served as a grand juror, either in state or federal court?

If so, when and where?

Is there anything in that experience which could in any way possibly affect your ability to render a verdict in this type of criminal case which would be fair and impartial both to the defendants and to the United States?

The law with respect to the burden of proof in grand jury proceedings is different from the law that would relate to these charges. Can you assure the Court and counsel for all parties that you will obey and follow the law as I instruct you, even if it is contrary to what you might have been told in the case(s) on which you previously sat as a grand juror?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 7

Has any member of the jury panel, or any family member, relative, or close personal friend or acquaintance of yours, ever been investigated by any federal, state, or local law enforcement agency?

If so, what was the subject of the investigation? What was the outcome of the matter?

Have you or any family member, relative, or close friend ever been arrested, charged, or convicted of any crime?

If so, what was the crime? What was the outcome of the case?

Would this experience in any way cause you to be unable to evaluate fairly and impartially the evidence and testimony of the witnesses who will testify on behalf of the United States?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 8**

Has anyone ever been a witness in <u>any</u> type of court or judicial proceeding?

If so, what type of proceeding did you give testimony in? Were you subject to cross-examination by attorneys for either side in that case or proceeding?

If your answer to any of these questions was yes, do you feel that your experience as a witness could in any way affect your ability to fairly and impartially evaluate the testimony of the witnesses who will testify in this case?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 9

Does any member of the jury panel have any strong feelings or opinions concerning the United States government or, more specifically, the U.S. Coast Guard, the DEA, the FBI, HSI, or the United States military, which might in any way affect your ability to be a fair and impartial juror in a case such as this?

Has any member of the jury panel ever had a bad or negative experience with an employee of any of the above agencies? If so, what happened?

Would that experience affect your ability to evaluate the testimony of witnesses from any of the above agencies fairly and impartially?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 10**

Has any member of the jury panel had an encounter with a law enforcement officer which made you question that officer's credibility? In other words, is there any member of the jury panel that will not believe the testimony of any person that appears in a law enforcement uniform?

Is there any member of the jury panel who believes law enforcement officers are either less truthful or more truthful than other individuals? Can you all assure the Court and both counsel that you will evaluate the testimony of any law enforcement witness fairly and without any bias or prejudice?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 11

This is a criminal case. The defendants have been charged with the commission of federal crimes in an indictment filed by a grand jury sitting in this federal district.

In summary, Count One of the indictment charges the defendants with knowingly and intentionally conspiring to possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine on board a vessel subject to the jurisdiction of the United States.

Count Two of the indictment charges the defendants with knowingly and intentionally possessing with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine on board a vessel subject to the jurisdiction of the United States.

Does any juror have any personal knowledge of the events or charges in the indictment as I have described them?

Does any juror feel that he or she could not decide fairly and impartially a case involving such charges?

Does any juror have any personal knowledge or family experience relating to the use of controlled substances?

Does any juror have any strong disagreement with the enforcement of the federal laws regulating cocaine or any other controlled substance such that you would in any degree hesitate to return a verdict of guilty for that reason?

Do any among you believe that cocaine should be legal?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 12**

Do any among you have any conscientious objection, religious belief, or other mental reservation such that you could not, in good faith and in good conscience, sit as a juror in this criminal case and return a verdict of guilty if you believed from all the evidence that the United States has proved its case beyond a reasonable doubt?

To put it another way, is there anyone here who feels that for any moral or religious reasons that he or she cannot sit in judgment of another human being?

Do any among you feel that you would be unable to follow the Court's instruction that in reaching your verdict in this case, you must not be influenced in any way by either sympathy or prejudice for or against either the defendant or the United States?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 13

Do any among you speak, read, and/or write Polish, Spanish, or another foreign language?

Do any among you have any strong feelings or opinions towards foreign nationals accused of drug smuggling?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 14**

Do any among you have any specialized knowledge about or significant experience with nautical or maritime activities, including fishing, navigation, or activities of the U.S. Coast Guard?

Do any among you have any specialized knowledge regarding drug smuggling?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 15

If the court tells you that the United States had jurisdiction over this vessel, which was found in international waters, would anyone not be able to follow this instruction?