UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.  8:24-cr-429-CEH-CPT

WIESLAW ROBERT RUTA,

    Defendant.

_____/

## **DEFENDANT RUTA'S WITNESS LIST**

COMES NOW, Mr. Wieslaw Ruta, by and through undersigned counsel and submits the following list of witnesses to be called in Mr. Ruta's case at trial.

1. All co-defendants

   a. Slawomir Winiewski

   b. Piotr Marek Adamczyk

2. All witnesses on Government's witness list

Respectfully submitted,

TROMBLEY & HANES, P.A.

By: /s/ *Wes Trombley*
Wes Trombley
Florida Bar No. 0684953
TROMBLEY & HANES. P.A.
707 North Franklin Street
10th Floor
Tampa, Florida  33602
Telephone: (813) 229-7918
Email:
wtrombley@trombleyhaneslaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 13, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ *Wes Trombley*
WES TROMBLEY