UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.  8:24-cr-429-CEH-CPT

WIESLAW ROBERT RUTA,

     Defendant.

_____/

## DEFENDANT WIESLAW RUTA'S EXHIBIT LIST

_____Government      _____ Plaintiff      __X__Defendant      _____Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| A |  |  |  |  | Image – CG 46 Sail Boat Exterior |
| B |  |  |  |  | Image – 46ft Delphia Top Deck |
| C |  |  |  |  | Coast Guard Sketch Measurements of 46 Sail Boat (Composite - 2 pages) |
| D |  |  |  |  | Image – 46ft Delphia Interior |
| E |  |  |  |  | Image - Ruta Person Items |
| F |  |  |  |  | Images – Concealed Interior Compartment (Composite – 3 pages) |
| G |  |  |  |  | Image - Picture of Construction on Compartment |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Respectfully submitted,

By:  *Wes Trombley*
WES TROMBLEY
Florida Bar No.   0684953
TROMBLEY & HANES. P.A.
707 North Franklin Street
10th Floor
Tampa, Florida   33602
Telephone: (813) 229-7918
Facsimile:   (813) 223-5204
Email:
wtrombley@trombleyhaneslaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will then serve all parties of record.

*Wes Trombley*
Wes Trombley