UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,      ☐

      Government      ☒

v.                           Case No. 8:24-cr-429-CEH-CPT

WIESLAW ROBERT RUTA, and
PIOTR MAREK ADAMCZYK

      Defendant      ☒

## **EXHIBIT LIST**

☒ Government   ☐ Plaintiff(s)   ☐ Defendant(s)   ☐ Court     ☐ Other:

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | Sweet/Matos | Photo - SV NICOLLET (aft) underway 9/20/24 |
| 2 | | | Sweet/McDonough | Photo - SV NICOLLET (port) underway 9/20/24 (rub marks) |
| 3 | | | Sweet | Photo - SV NICOLLET (starboard) underway 9/20/24 |
| 4 | | | Sweet/McDonough | Photo - SV NICOLLET (starboard) underway 9/20/24 (fuel barrels) |

Case No.: 8:24-cr-429-CEH-CPT                              Page 2 of 7 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| **5** | | | Sweet/McDonough | Photo - SV NICOLLET (starboard aft) 9/20/24 (rub marks) |
| **6A/B** | | | Sweet/Matos | Passport- Wieslaw Robert Ruta |
| **7A--D** | | | Sweet/Matos | Passport – Piotr Marek Adamczyk |
| **8A-B** | | | Sweet/Matos | Passport – Slawomir Wisniewski |
| | | | | |
| **9** | | | Sweet | Vessel Diagram (top view)– SV NICOLLET 9/21/24 |
| **10** | | | Sweet | Vessel Diagram (side view)   SV NICOLLET 9/21/24 |
| **11** | | | Sweet | Photo – phones in Cabin SV NICOLLET 9/20/24 |
| **12** | | | Sweet | Photo – Satellite phone in Cabin SV NICOLLET 9/20/24 |
| **13** | | | Sweet | Photo – wood panel being removed – Master cabin |
| **14** | | | Sweet | Photo – wood panel removed – Master cabin |
| **15** | | | Sweet | Photo – Master cabin wall – panels removed- cutout exposed |

Case No.: 8:24-cr-429-CEH-CPT                                    Page 3 of 7 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| 16 | | | Sweet | Photo of cutout removed- contraband and black bags inside |
| 17 | | | Sweet | Photo – kilograms/black bags packed around tiller steering column |
| 18 | | | Sweet | Photo – closeup of false compartment |
| 19 | | | Sweet | Photo - kilogram in false compartment |
| 20 | | | Sweet | Photo – kilograms in black bag in false compartment |
| 21 | | | Sweet | Photo - stacked contraband in false compartment |
| 22 | | | Sweet | Photo - stacked contraband in false compartment |
| 23 | | | Sweet | Photo – contraband stacked around tiller steering column |
| 24 | | | Sweet/McDonough | Photo – kilograms with flower markings |
| 25 | | | Sweet/McDonough | Photo – kilograms with Toyota markings |
| 26 | | | Sweet/McDonough | Photo- kilograms with Eiffel tower markings |
| 27 | | | Sweet | Photo (1)– kilograms stacked in CGC Resolute ammo locker |
| 28 | | | Sweet | Photo (2)– kilograms stacked in CGC Resolute ammo locker |

Case No.: 8:24-cr-429-CEH-CPT                    Page 4 of 7 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| 29 | | | Stipulation/Maurizio | Photo -kilograms recovered from SV NICOLLET |
| 30 | | | Sweet | Drawing from red notebook Styczen 22-28 |
| 31 | | | Sweet | Drawing from red notebook Styczen 29-Luty 4 |
| 32 | | | Sweet | Drawing from red notebook Luty 5-11 |
| 33 | | | Sweet | Drawing from notebook Luty 12-18 |
| 34 | | | Sweet | Drawing from black notebook |
| 35 | | | Sweet | Drawings from black notebook -2 pages |
| 36 | | | Sweet | Drawings from black notebook – 2 pages |
| 37 | | | Maurizio | NICOLLET video July 30, 2024 |
| 38 | | | Maurizio | Photo - Winiewski July 31, 2024 |
| 39 | | | Maurizio | Photo - Ruta July 31, 2024 |
| 40 | | | Maurizio | Photo - power tools August 1, 2024 |
| 41 | | | Maurizio | Photo - power tools August 1, 2024 |

Case No.: 8:24-cr-429-CEH-CPT                     Page 5 of 7 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| **42** | | | Maurizio | Photo - Ruta August 1, 2024 |
| **43** | | | Maurizio | Photo of Nicollet August 4, 2024 |
| **44** | | | Maurizio | Photo of interior of Nicollet on August 6, 2024 |
| **45** | | | Maurizio | Photo of interior of Nicollet on August 8, 2024 |
| **46** | | | Maurizio | Photo of multi-functional saw on August 11, 2024 |
| **47** | | | Maurizio | Photo of interior of Nicollet August 13, 2024 |
| **48** | | | Sweet/Maurizio | Photo of wood paneling August 13, 2024 |
| **49** | | | Sweet/Maurizio | Screenshot of wood paneling August 13, 2024 |
| **50** | | | Sweet/Maurizio | Screenshot of wood paneling August 13, 2024 |
| **51** | | | Maurizio | Photo of drawing August 14, 2024 |
| **52** | | | Maurizio | Photo of interior of Nicollet August 15, 2024 |

Case No.: 8:24-cr-429-CEH-CPT                          Page 6 of 7 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| **53** | | | Maurizio | Photo of construction on Nicollet August 15, 2024 |
| **54** | | | Maurizio | Photo of construction on Nicollet August 15, 2024 |
| **55** | | | Maurizio | Photo of construction on Nicollet August 15, 2024 |
| **56** | | | Maurizio | Photo of construction on Nicollet August 15, 2024 |
| **57** | | | Maurizio | Photo of construction on Nicollet August 16, 2024 |
| **58** | | | Maurizio | Photo of construction on Nicollet August 16, 2024 |
| **59** | | | Maurizio | Photo of construction on Nicollet August 18, 2024 |
| **60** | | | Maurizio | Photo of construction on Nicollet on August 18, 2024 |
| **61** | | | Maurizio | Photo of construction on Nicollet August 18, 2024 |
| **62** | | | | Video of Nicollet on August 21, 2024 |
| **63A/B** | | | Carrasquillo | Custody Receipt- seized property - Winiewski |
| **64** | | | Carrasquillo | Custody Receipt- seized property - Ruta |
| **65** | | | Carrasquillo | Custody Receipt- seized property - Adamczyk |

6

Case No.: 8:24-cr-429-CEH-CPT                          Page 7 of 7 Pages

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| **66** | | | Nelson | Consent to Search Samsung Cell phone - Adamczyk |
| **67** | | | Nelson | Consent to Search two phones/laptop - Ruta |
| **68** | | | Nelson | Consent to Search property (Exh 63A/B) - Winiewski |
| **69** | | | | Certificate of Authenticity FRE 902(14)- Justin Gaertner |
| **70A-D** | | | Sweet/Nelson | Photos- Winiewski's phones |
| **71A/B** | | | Sweet/Nelson | Photos- Ruta's phones |
| **72** | | | Sweet/Nelson | Photo – Adamczyk's phone |
| **73** | | | Sweet | Red Notebook - Winiewski |
| **74** | | | Sweet | Black Notebook- Winiewski |
| **75** | | | | Map- Caribbean Sea |
| | | | | |