# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## HONORABLE CHARLENE EDWARDS HONEYWELL

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 8:24-cr-429-CEH-CPT | **DATE:** May 20, 2026 |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**WIESLAW ROBERT RUTA (2) and PIOTR MAREK ADAMCZYK (3)** | **GOVERNMENT'S COUNSEL:**<br>Joseph K. Ruddy, AUSA, with<br>DEA Special Agent Steven P. Maurizio<br><br>**DEFENDANTS' COUNSEL:**<br>Wesley E. Trombley, CJA (2)<br>Omar Abdelghany, CJA (3) |
| **COURTROOM:** 13A | **INTERPRETERS/LANGUAGE:**<br>Wojciech Sawa and Jakub Zaic/Polish |
| **TIME:** 9:26 A.M. – 11:05 A.M.,<br>11:21 A.M. – 12:10 P.M.,<br>1:06 P.M. – 2:36 P.M., and<br>2:50 P.M. – 4:00 P.M. | **TOTAL:** 5 Hours, 8 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | **COURT REPORTER:** Sharon A. Miller |

## PROCEEDING: JURY TRIAL (DAY 3)

9:26   Court in session.

All parties are present.

The jurors enter the courtroom.

The testimony of **U.S. Coast Guard Specialist Nicholas Sweet** resumes.

Government's witness, **Department of Homeland Security Special Agent Shawn Nelson**, is called to the stand, sworn, and testifies.

Government's witness, **Drug Enforcement Administration Special Agent Steven Paul Maurizio**, is called to the stand, sworn, and testifies.

The jurors exit the courtroom.

11:05   Break in the proceedings.

*~Comfort Break~*

11:21   The proceedings resume.

The jurors are recalled.

The testimony of **DEA Special Agent Steven Maurizio** resumes.

The jurors are excused for lunch.

A discussion is held.

12:10   Break in the proceedings.

*~Lunch Break~*

1:06   The proceedings resume.

The Court addresses the issue raised by the defense prior to the lunch break.

The jurors are recalled.

Government's witness, **Drug Enforcement Administration Special Agent Daniel McDonough**, is called to the stand, sworn, and testifies.

The Government rests.

The jurors are excused from the courtroom.

A discussion is held.

The defense expects to call Co-Defendant Slawomir Winiewski to the stand tomorrow.

The jurors are recalled.

The Court excuses the jurors for the evening and instructs them to report tomorrow, May 21, 2026, at 9:15 A.M.

A discussion is held.

2:36   Break in the proceedings.

*~Comfort Break~*

2:50   The proceedings resume.

Both Defendants move for a Judgment of Acquittal as to Counts 1 and 2.

Mr. Ruddy responds.

The Court will take the matter under advisement and issue a ruling tomorrow morning on the Motions for Judgment of Acquittal.

A preliminary charge conference is held.

Counsel is instructed to report tomorrow at 9:00 a.m.

4:00   Court is adjourned.