# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

## HONORABLE CHARLENE EDWARDS HONEYWELL

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 8:24-cr-429-CEH-CPT | **DATE:** May 21, 2026 |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**WIESLAW ROBERT RUTA (2) and PIOTR MAREK ADAMCZYK (3)** | **GOVERNMENT'S COUNSEL:**<br>Joseph K. Ruddy, AUSA, with DEA Special Agent Steven P. Maurizio<br><br>**DEFENDANTS' COUNSEL:**<br>Wesley E. Trombley, CJA (2)<br>Omar Abdelghany, CJA (3) |
| **COURTROOM:** 13A | **INTERPRETERS/LANGUAGE:**<br>Wojciech Sawa and Jakub Zaic/Polish |
| **TIME:** 9:16 A.M. – 10:45 A.M.,<br>11:02 A.M. – 12:17 P.M.,<br>1:35 P.M. – 1:56 P.M.,<br>2:03 P.M. – 2:04 P.M.,<br>2:06 P.M. – 3:02 P.M.,<br>3:23 P.M. – 3:46 P.M., and<br>3:58 P.M. – 4:55 P.M. | **TOTAL:** 5 Hours, 20 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | **COURT REPORTER:** Tracey Aurelio |

## PROCEEDING: JURY TRIAL (DAY 4)

9:16   Court in session.

All parties are present in the courtroom.

Preliminary matters are discussed.

For the reasons articulated on the record, Defendants' Motions for Judgment of Acquittal are **DENIED**.

The jurors enter the courtroom.

Defense witness, **Slawomir Winiewski**, is called to the stand, sworn, and testifies.

The jurors exit the courtroom.

10:45   Break in the proceedings.

*~Comfort Break~*

11:02   The proceedings resume.

The jurors are recalled.

The testimony of **Slawomir Winiewski** resumes.

The jurors are excused for lunch.

12:17  Break in the proceedings.

*~Lunch Break~*

1:35  The proceedings resume.

Defendant Ruta is sworn.

The Court conducts a colloquy of Defendant Ruta regarding his right to testify.

Defendant Ruta elects not to testify.

Defendant Adamczyk is sworn.

The Court conducts a colloquy of Defendant Adamczyk regarding his right to testify.

Defendant Adamczyk elects not to testify.

The jurors are recalled.

The testimony of **Slawomir Winiewski** resumes.

The jurors exit the courtroom.

A discussion is held.

*Note: The witness, Slawomir Winiewski, is given an opportunity to speak privately with his attorney, Ryan Maguire, AFPD.*

1:56  Break in the proceedings.

*~Break~*

2:03  The proceedings resume.

A discussion is held.

2:04  Break in the proceedings.

*~Break~*

2:06  The proceedings resume.

The jurors are recalled.

The testimony of **Slawomir Winiewski** resumes.

The jurors exit the courtroom.

3:02  Break in the proceedings.

*~Break~*

3:23   The proceedings resume.

The jurors are recalled.

The defense rests.

The Court excuses the jurors for the evening and instructs them to report tomorrow, May 22, 2026, at 9:30 A.M.

Defendants renew their Motions for Judgment of Acquittal.

Mr. Ruddy responds.

For the reasons stated on the record, Defendants' renewed Motions for Judgment of Acquittal are **DENIED**.

3:46   Break in the proceedings.

*~Break~*

3:58   The proceedings resume.

Charge conference held.

Counsel is instructed to report tomorrow at 9:00 A.M.

4:55   Court is adjourned.