# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### HONORABLE CHARLENE EDWARDS HONEYWELL

### CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 8:24-cr-429-CEH-CPT | **DATE:** May 22, 2026 |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**WIESLAW ROBERT RUTA (2) and PIOTR MAREK ADAMCZYK (3)** | **GOVERNMENT'S COUNSEL:**<br>Joseph K. Ruddy, AUSA, with<br>DEA Special Agent Steven P. Maurizio<br><br>**DEFENDANTS' COUNSEL:**<br>Wesley E. Trombley, CJA (2)<br>Omar Abdelghany, CJA (3) |
| **COURTROOM:** 13A | **INTERPRETERS/LANGUAGE:**<br>Wojciech Sawa and Jakub Zaic/Polish |
| **TIME:** 9:19 A.M. – 10:54 A.M.,<br>11:17 A.M. – 12:39 P.M.,<br>2:03 P.M. – 2:10 P.M.,<br>3:55 P.M. – 4:12 P.M.,<br>5:13 P.M. – 5:24 P.M.,<br>7:19 P.M. – 7:25 P.M., and<br>8:24 P.M. – 8:41 P.M. | **TOTAL:** 3 Hours, 55 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | **COURT REPORTER:** Tracey Aurelio |

**PROCEEDING: JURY TRIAL (DAY 5)**

9:19    Court in session.

All parties are present in the courtroom.

*Note: The Court has authorized the Jury Clerk to order lunch for the jurors.*

Preliminary matters are discussed.

Final charge conference held.

The jurors enter the courtroom.

Mr. Ruddy gives his closing argument on behalf of the United States.

Mr. Trombley gives his closing argument on behalf of Defendant Ruta.

The jurors exit the courtroom.

10:54  Break in the proceedings.

*~Comfort Break~*

11:17  The proceedings resume.

The jurors are recalled.

Mr. Abdelghany gives his closing argument on behalf of Defendant Adamczyk.

Mr. Ruddy gives his rebuttal argument.

The Court reads instructions on the law to the jury.

The jurors retire to the jury room to begin deliberations.

Alternate Jurors 13 and 14 are escorted to a separate room and will be kept apart from the deliberating jurors.

A discussion is held.

12:39  Court stands in recess.

*~Recess~*

2:03  The proceedings resume.

All parties are present in the courtroom.

The Court received a note from the jury.

The Court discusses the note with counsel and drafts a response.

There are no objections to the Court's response.

2:10  Court stands in recess.

*~Recess~*

3:55  The proceedings resume.

All parties are present in the courtroom.

The Court received two more notes from the jury.

The Court discusses the notes with counsel and drafts responses.

There are no objections to the Court's responses.

4:12   Court stands in recess.

*~Recess~*

5:13   The proceedings resume.

All parties are present in the courtroom.

The Court received another note from the jury.

The Court discusses the note with counsel and drafts a response.

There are no objections to the Court's response.

5:24   Court stands in recess.

*~Recess~*

*Note: The Court has authorized the Jury Clerk to order dinner for the jurors.*

7:19   The proceedings resume.

Counsel is present.

The parties' consent to the Court sending a note to the jury giving them the option of returning to the courthouse on Tuesday morning to resume their deliberations.

The jurors opt to continue deliberating.

7:25   Court stands in recess.

*~Recess~*

8:24   The proceedings resume.

All parties are present in the courtroom.

The Court received a note from the jury.

A discussion is held.

The parties agree to the Court informing the jury that the case will be continued to next Tuesday.

The jury is recalled and instructed to return to the courthouse on Tuesday, May 26, 2026, at 10:00 AM to resume deliberations.

The jury exits the courtroom.

The parties agree to the excusal of Alternate Juror Number 2.

The trial will resume on Tuesday, May 26, 2026.

8:41   Court adjourned.