# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

## HONORABLE CHARLENE EDWARDS HONEYWELL

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 8:24-cr-429-CEH-CPT | **DATE:** May 26, 2026 |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**WIESLAW ROBERT RUTA (2) and PIOTR MAREK ADAMCZYK (3)** | **GOVERNMENT'S COUNSEL:**<br>Joseph K. Ruddy, AUSA, with<br>DEA Special Agent Steven P. Maurizio<br><br>**DEFENDANTS' COUNSEL:**<br>Wesley E. Trombley, CJA (2)<br>Omar Abdelghany, CJA (3) |
| **COURTROOM:** 13A | **INTERPRETER/LANGUAGE:**<br>Wojciech (Voitek) Sawa/Polish |
| **TIME:** 11:35 A.M. – 11:44 A.M. and<br>3:51 P.M. –  4:04 P.M. | **TOTAL:** 22 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | **COURT REPORTER:** Sharon A. Miller |

## PROCEEDING: JURY TRIAL COMPLETED (DAY 6)

The jurors returned to the jury room at 10:00 A.M. and resumed deliberations.

Alternate Juror #13 is kept in a separate room.

*Note: The Court authorized the Jury Clerk to order lunch for the deliberating jurors.*

11:35   Court in session.

The parties reconvene in the courtroom.

Alternate Juror #13 is present.

The Court will give the jurors a modified *Allen* Charge. There are no objections.

The jury enters the courtroom.

The Court reads the *Allen* Charge.

The jurors retire to the jury room to continue deliberations.

Alternate Juror #13 is thanked for her service and discharged.

11:44   The Court stands in recess.

*~Recess~*

3:51   The proceedings resume.

The parties reconvene in the courtroom.

The Court is informed that the jury has reached a verdict.

The jurors enter the courtroom.

The Deputy Clerk publishes the verdict.

Defendant Ruta is found Not Guilty as to Count One of the Indictment and Guilty as to Count Two of the Indictment.

Defendant Adamczyk is found Guilty as to Counts One and Two of the Indictment.

The jurors are polled.

The jurors are thanked for their service, discharged, and excused to return to the jury room.

The Court adjudicates Defendant Ruta Not Guilty as to Count One of the Indictment and Guilty as to Count Two of the Indictment.

The Court adjudicates Defendant Adamczyk Guilty as to Counts One and Two of the Indictment.

Presentence Investigation Reports to be filed.

Defendant Ruta's sentencing is scheduled for August 26, 2026, at 10:00 A.M.

Defendant Adamczyk's sentencing is scheduled for August 26, 2026, at 11:00 A.M.

Both Defendants are remanded to the custody of the United States Marshal to await sentencing.

4:04   Court adjourned.