UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,     ☐
     Government    ☒

v.                          Case No. 8:24-cr-429-CEH-CPT

WIESLAW ROBERT RUTA, and
PIOTR MAREK ADAMCZYK

     Defendant    ☒

## **EXHIBIT LIST**

☒ Government   ☐ Plaintiff(s)   ☐ Defendant(s)   ☐ Court   ☐ Other:

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | 05/19/2026 | 05/19/2026 | Matos | Photo - SV NICOLLET (aft) underway 9/20/24 |
| 2 | 05/19/2026 | 05/19/2026 | Matos | Photo - SV NICOLLET (port) underway 9/20/24 (rub marks) |
| 3 | 05/19/2026 | 05/19/2026 | Matos | Photo - SV NICOLLET (starboard) underway 9/20/24 |
| 4 | 05/19/2026 | 05/19/2026 | Matos | Photo - SV NICOLLET (starboard) underway 9/20/24 (fuel barrels) |

Case No.: 8:24-cr-429-CEH-CPT                                    Page 2 of 7 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| **5** | 05/19/2026 | 05/19/2026 | Matos | Photo - SV NICOLLET (starboard aft) 9/20/24 (rub marks) |
| **6A/B** | 05/19/2026 | 05/19/2026 | Sweet | Passport- Wieslaw Robert Ruta |
| **7A-D** | 05/19/2026 | 05/19/2026 | Sweet | Passport – Piotr Marek Adamczyk |
| **8A-B** | 05/19/2026 | 05/19/2026 | Sweet | Passport – Slawomir Wisniewski |
| | | | | |
| **9** | 05/19/2026 | 05/19/2026 | Sweet | Vessel Diagram (top view)– SV NICOLLET 9/21/24 |
| **10** | 05/19/2026 | 05/19/2026 | Sweet | Vessel Diagram (side view)  SV NICOLLET 9/21/24 |
| **11** | 05/19/2026 | 05/19/2026 | Sweet | Photo – phones in Cabin SV NICOLLET 9/20/24 |
| **12** | 05/19/2026 | 05/19/2026 | Sweet | Photo – Satellite phone in Cabin SV NICOLLET 9/20/24 |
| **13** | 05/19/2026 | 05/19/2026 | Sweet | Photo – wood panel being removed – Master cabin |
| **14** | 05/19/2026 | 05/19/2026 | Sweet | Photo – wood panel removed – Master cabin |
| **15** | 05/19/2026 | 05/19/2026 | Sweet | Photo – Master cabin wall – panels removed- cutout exposed |

Case No.: 8:24-cr-429-CEH-CPT                                      Page 3 of 7 Pages

## EXHIBIT LIST - Continuation Sheet

| 16 | 05/19/2026 | 05/19/2026 | Sweet | Photo of cutout removed- contraband and black bags inside |
|---|---|---|---|---|
| 17 | 05/19/2026 | 05/19/2026 | Sweet | Photo – kilograms/black bags packed around tiller steering column |
| 18 | 05/19/2026 | 05/19/2026 | Sweet | Photo – closeup of false compartment |
| 19 | 05/19/2026 | 05/19/2026 | Sweet | Photo - kilogram in false compartment |
| 20 | 05/19/2026 | 05/19/2026 | Sweet | Photo – kilograms in black bag in false compartment |
| 21 | 05/19/2026 | 05/19/2026 | Sweet | Photo - stacked contraband in false compartment |
| 22 | 05/19/2026 | 05/19/2026 | Sweet | Photo - stacked contraband in false compartment |
| 23 | 05/19/2026 | 05/19/2026 | Sweet | Photo – contraband stacked around tiller steering column |
| 24 | 05/19/2026 | 05/19/2026 | Sweet | Photo – kilograms with flower markings |
| 25 | 05/19/2026 | 05/19/2026 | Sweet | Photo – kilograms with Toyota markings |
| 26 | 05/19/2026 | 05/19/2026 | Sweet | Photo- kilograms with Eiffel tower markings |
| 27 | 05/19/2026 | 05/19/2026 | Sweet | Photo (1)– kilograms stacked in CGC Resolute ammo locker |
| 28 | 05/19/2026 | 05/19/2026 | Sweet | Photo (2)– kilograms stacked in CGC Resolute ammo locker |

Case No.: 8:24-cr-429-CEH-CPT                         Page 4 of 7 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| **29** | 05/19/2026 | 05/19/2026 | Sweet | Photo -kilograms recovered from SV NICOLLET |
| **30** | 05/19/2026 | 05/19/2026 | Sweet | Drawing from red notebook Styczen 22-28 |
| **31** | 05/19/2026 | 05/19/2026 | Sweet | Drawing from red notebook Styczen 29-Luty 4 |
| **32** | 05/19/2026 | 05/19/2026 | Sweet | Drawing from red notebook Luty 5-11 |
| **33** | 05/19/2026 | 05/19/2026 | Sweet | Drawing from notebook Luty 12-18 |
| **34** | 05/19/2026 | 05/19/2026 | Sweet | Drawing from black notebook |
| **35** | 05/19/2026 | 05/19/2026 | Sweet | Drawings from black notebook -2 pages |
| **36** | 05/19/2026 | 05/19/2026 | Sweet | Drawings from black notebook – 2 pages |
| **37** | 05/20/2026 | 05/20/2026 | Maurizio | NICOLLET video July 30, 2024 |
| **38** | 05/20/2026 | 05/20/2026 | Maurizio | Photo - Winiewski July 31, 2024 |
| **39** | 05/20/2026 | 05/20/2026 | Maurizio | Photo - Ruta July 31, 2024 |
| **40** | 05/20/2026 | 05/20/2026 | Maurizio | Photo - power tools August 1, 2024 |
| **41** | 05/20/2026 | 05/20/2026 | Maurizio | Photo - power tools August 1, 2024 |

Case No.: 8:24-cr-429-CEH-CPT                                     Page 5 of 7 Pages

**EXHIBIT LIST - Continuation Sheet**

| 42 | 05/20/2026 | 05/20/2026 | Maurizio | Photo - Ruta August 1, 2024 |
|---|---|---|---|---|
| 43 | 05/20/2026 | 05/20/2026 | Maurizio | Photo of Nicollet August 4, 2024 |
| 44 | 05/20/2026 | 05/20/2026 | Maurizio | Photo of interior of Nicollet on August 6, 2024 |
| 45 | 05/20/2026 | 05/20/2026 | Maurizio | Photo of interior of Nicollet on August 8, 2024 |
| 46 | 05/20/2026 | 05/20/2026 | Maurizio | Photo of multi-functional saw on August 11, 2024 |
| 47 | 05/20/2026 | 05/20/2026 | Maurizio | Photo of interior of Nicollet August 13, 2024 |
| 48 | 05/20/2026 | 05/20/2026 | Maurizio | Photo of wood paneling August 13, 2024 |
| 49 | 05/20/2026 | 05/20/2026 | Maurizio | Screenshot of wood paneling August 13, 2024 |
| 50 | 05/20/2026 | 05/20/2026 | Maurizio | Screenshot of wood paneling August 13, 2024 |
| 51 | 05/20/2026 | 05/20/2026 | Maurizio | Photo of drawing August 14, 2024 |
| 52 | 05/20/2026 | 05/20/2026 | Maurizio | Photo of interior of Nicollet August 15, 2024 |

Case No.: 8:24-cr-429-CEH-CPT                    Page 6 of 7 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| **53** | 05/20/2026 | 05/20/2026 | Maurizio | Photo of construction on Nicollet August 15, 2024 |
| **54** | 05/20/2026 | 05/20/2026 | Maurizio | Photo of construction on Nicollet August 15, 2024 |
| **55** | 05/20/2026 | 05/20/2026 | Maurizio | Photo of construction on Nicollet August 15, 2024 |
| **56** | 05/20/2026 | 05/20/2026 | Maurizio | Photo of construction on Nicollet August 15, 2024 |
| **57** | 05/20/2026 | 05/20/2026 | Maurizio | Photo of construction on Nicollet August 16, 2024 |
| **58** | 05/20/2026 | 05/20/2026 | Maurizio | Photo of construction on Nicollet August 16, 2024 |
| **59** | 05/20/2026 | 05/20/2026 | Maurizio | Photo of construction on Nicollet August 18, 2024 |
| **60** | 05/20/2026 | 05/20/2026 | Maurizio | Photo of construction on Nicollet on August 18, 2024 |
| **61** | 05/20/2026 | 05/20/2026 | Maurizio | Photo of construction on Nicollet August 18, 2024 |
| **62** | 05/20/2026 | 05/20/2026 | Maurizio | Video of Nicollet on August 21, 2024 |
| **63A/B** | | | Carrasquillo | Custody Receipt- seized property - Winiewski |
| **64** | | | Carrasquillo | Custody Receipt- seized property - Ruta |
| **65** | | | Carrasquillo | Custody Receipt- seized property - Adamczyk |

Case No.: 8:24-cr-429-CEH-CPT                    Page 7 of 7 Pages

**EXHIBIT LIST - Continuation Sheet**

| 66 | 05/20/2026 | 05/20/2026 | Nelson | | Consent to Search Samsung Cell phone - Adamczyk |
|---|---|---|---|---|---|
| 67 | 05/20/2026 | 05/20/2026 | Nelson | | Consent to Search two phones/laptop - Ruta |
| 68 | 05/20/2026 | 05/20/2026 | Nelson | | Consent to Search property (Exh 63A/B) - Winiewski |
| 69 | 05/20/2026 | 05/20/2026 | ——— | | Certificate of Authenticity FRE 902(14)- Justin Gaertner |
| 70A-D | 05/20/2026 | 05/20/2026 | Nelson | | Photos- Winiewski's phones |
| 71A/B | 05/20/2026 | 05/20/2026 | Nelson | | Photos- Ruta's phones |
| 72 | 05/20/2026 | 05/20/2026 | Nelson | | Photo – Adamczyk's phone |
| 73 | 05/19/2026 | 05/19/2026 | Sweet | | Red Notebook - Winiewski |
| 74 | 05/19/2026 | 05/19/2026 | Sweet | | Black Notebook- Winiewski |
| 75 | 05/19/2026 | 05/19/2026 | Sweet | | Map- Caribbean Sea |
| 76 | 05/20/2026 | 05/20/2026 | Sweet | | Polish Registration Documents |