# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:  6A

Case No.:  8:24-cr-429-CEH-CPT

UNITED STATES OF AMERICA

vs.

 WIESLAW ROBERT RUTA, ET AL

Date Identified: _____

Date Admitted: _____



RZECZPOSPOLITA POLSKA / REPUBLIC OF POLAND / RÉPUBLIQUE DE POLOGNE

PASZPORT  9688
PASSPORT
PASSEPORT

P          POL          EK 7779688

1. NAZWISKO/SURNAME/NOM
RUTA

2. IMIONA/GIVEN NAMES/PRÉNOMS
WIESŁAW ROBERT

3. OBYWATELSTWO/NATIONALITY/NATIONALITÉ
POLSKIE / POLISH / POLONAISE

4. DATA URODZENIA/DATE OF BIRTH/DATE DE NAISSANCE
08 GRU/DEC 1967

5. NUMER PESEL/PERSONAL ID No./N° NAT. D'IDENTITÉ
67120809553

6. PŁEĆ/SEX/SEXE          7. MIEJSCE URODZENIA/PLACE OF BIRTH/LIEU DE NAISSANCE
M/M    LIPIANY

8. DATA WYDANIA/DATE OF ISSUE/DATE DE DÉLIVRANCE
07 PAŹ/OCT 2016

9. ORGAN WYDAJĄCY/AUTHORITY/AUTORITÉ
WOJEWODA
ZACHODNIOPOMORSKI /1/

10. DATA UPŁYWU WAŻNOŚCI/DATE OF EXPIRY/DATE D'EXPIRATION
07 PAŹ/OCT 2026

11. PODPIS POSIADACZA/HOLDER'S SIGNATURE/
SIGNATURE DU TITULAIRE
Ruta

P<POLRUTA<<WIESLAW<ROBERT<<<<<<<<<<<<<<<<<<<<
EK77796888POL6712086M2610070<<<<<<<<<<<<<<<04

RUTA-00001