# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:  7A

Case No.:  8:24-cr-429-CEH-CPT

UNITED STATES OF AMERICA

vs.

 WIESLAW ROBERT RUTA, ET AL

Date Identified: _____

Date Admitted: _____



EM 4141350

RZECZPOSPOLITA POLSKA / REPUBLIC OF POLAND / RÉPUBLIQUE DE POLOGNE

PASZPORT   1350
PASSPORT
PASSEPORT

TYP/TYPE/TYPE
P

KOD/CODE/CODE
POL

NUMER PASZPORTU/PASSPORT No /PASSEPORT N°
EM 4141350

1 NAZWISKO/SURNAME/NOM
ADAMCZYK

2 IMIONA/GIVEN NAMES/PRÉNOMS
PIOTR MAREK

3 OBYWATELSTWO/NATIONALITY/NATIONALITÉ
POLSKIE / POLISH / POLONAISE

4 DATA URODZENIA/DATE OF BIRTH/DATE DE NAISSANCE
17 KWI/APR 1972

5 NUMER PESEL/PERSONAL ID No /N° NAT. D'IDENTITÉ
72041703590

6 PŁEĆ/SEX/SEXE
M/M

7 MIEJSCE URODZENIA/PLACE OF BIRTH/LIEU DE NAISSANCE
STARGARD

8 DATA WYDANIA/DATE OF ISSUE/DATE DE DÉLIVRANCE
14 WRZ/SEP 2017

9 ORGAN WYDAJĄCY/AUTHORITY/AUTORITÉ
WOJEWODA
ZACHODNIOPOMORSKI /1/

10 DATA UPŁYWU WAŻNOŚCI/DATE OF EXPIRY/DATE D'EXPIRATION
14 WRZ/SEP 2027

11 PODPIS POSIADACZA/HOLDER'S SIGNATURE/
SIGNATURE DU TITULAIRE
Adamczyk

P<POLADAMCZYK<<PIOTR<MAREK<<<<<<<<<<<<<<<<<<<
EM41413504POL7204173M2709145<<<<<<<<<<<<<<00

ADAMCZYK-00001