# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:  7B

Case No.:  8:24-cr-429-CEH-CPT

UNITED STATES OF AMERICA

vs.

 WIESLAW ROBERT RUTA, ET AL

Date Identified: _____

Date Admitted: _____



VISA   UNITED STATES OF AMERICA

Issuing Post Name
WARSAW

Control Number
20182291690004

Surname
ADAMCZYK

Given Name
PIOTR MAREK

Visa Type /Class
R    B1/B2

Passport Number
EM4141350

Sex
M

Birth Date
17APR1972

Nationality
POL

Entries
M

Issue Date
06SEP2018

Expiration Date
04SEP2028

1011

Annotation

N4286112

**

VNUSAADAMCZYK<<PIOTR<MAREK<<<<<<<<<<<<<<<<<<<<<
EM41413504POL7204173M2809045B3WRWOLM4U031077

ADAMCZYK-00002