# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:  7D

Case No.:  8:24-cr-429-CEH-CPT

UNITED STATES OF AMERICA

vs.

 WIESLAW ROBERT RUTA, ET AL

Date Identified: _____

Date Admitted: _____

wizy / visas / visas
19
18
REPÚBLICA DE PANAMÁ
002
ENTRADA
04 SEP 2024
P.C.M. PUERTO OBALDÍA
SERVICIO NACIONAL DE MIGRACIÓN
SALIDA
28 AGO 2024
PUERTO DE HAINA
wizy / visas / visas
REPÚBLICA DE PANAMÁ
001
SALIDA
SEP 2024
P.C.M. PUERTO OBALDÍA
SERVICIO NACIONAL DE MIGRACIÓN
REPÚBLICA DOMINICANA
23 SEP 2023
MIGRACIÓN