# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:  8A

Case No.:  8:24-cr-429-CEH-CPT

UNITED STATES OF AMERICA

vs.

 WIESLAW ROBERT RUTA, ET AL

Date Identified: _____

Date Admitted: _____



WŁADZE RZECZYPOSPOLITEJ POLSKIEJ ZWRACAJĄ SIĘ Z UPRZEJMĄ PROŚBĄ DO WSZYSTKICH, KTÓRYCH MOŻE TO DOTYCZYĆ, O OKAZANIE POSIADACZOWI TEGO PASZPORTU WSZELKIEJ POMOCY, JAKA MOŻE OKAZAĆ SIĘ NIEZBĘDNA W CZASIE POBYTU ZA GRANICĄ.

THE AUTHORITIES OF THE REPUBLIC OF POLAND HEREBY KINDLY REQUEST ALL WHOM IT MAY CONCERN TO PROVIDE THE BEARER OF THIS PASSPORT WITH ALL ASSISTANCE THAT MAY BE DEEMED NECESSARY WHILE ABROAD.

LES AUTORITÉS DE LA RÉPUBLIQUE DE POLOGNE DEMANDENT À TOUTE PERSONNE POUVANT ÊTRE CONCERNÉE DE BIEN VOULOIR PRÊTER TOUTE ASSISTANCE POUVANT S'AVÉRER INDISPENSABLE AU TITULAIRE DU PRÉSENT PASSEPORT LORS DE SON SÉJOUR À L'ÉTRANGER.

EL 6592018

RZECZPOSPOLITA POLSKA / REPUBLIC OF POLAND / RÉPUBLIQUE DE POLOGNE

| | | TYP/TYPE/TYPE | | KOD/CODE/CODE | | NUMER PASZPORTU/PASSPORT No./PASSEPORT № |
|---|---|---|---|---|---|---|
| PASZPORT | 2018 | P | | POL | | EL 6592018 |
| PASSPORT | | 1. NAZWISKO/SURNAME/NOM | | | | |
| PASSEPORT | | WIŚNIEWSKI | | | | |

2. IMIONA/GIVEN NAMES/PRÉNOMS
SŁAWOMIR

3. OBYWATELSTWO/NATIONALITY/NATIONALITÉ
POLSKIE / POLISH / POLONAISE

4. DATA URODZENIA/DATE OF BIRTH/DATE DE NAISSANCE
29 LIP/JUL 1973

5. NUMER PESEL/PERSONAL ID No./№ NAT. D'IDENTITÉ
73072915116

6. PŁEĆ/SEX/SEXE
M/M

7. MIEJSCE URODZENIA/PLACE OF BIRTH/LIEU DE NAISSANCE
GOLENIÓW

8. DATA WYDANIA/DATE OF ISSUE/DATE DE DÉLIVRANCE
09 MAJ/MAY 2017

9. ORGAN WYDAJĄCY/AUTHORITY/AUTORITÉ
WOJEWODA ZACHODNIOPOMORSKI /1/

10. DATA UPŁYWU WAŻNOŚCI/DATE OF EXPIRY/DATE D'EXPIRATION
09 MAJ/MAY 2027

11. PODPIS POSIADACZA/HOLDER'S SIGNATURE/SIGNATURE DU TITULAIRE
Wiśniewski

```
P<POLWISNIEWSKI<<SLAWOMIR<<<<<<<<<<<<<<<<<<<<<
EL65920182POL7307292M2705099<<<<<<<<<<<<<<04
```

WISNIEWSKI-00001