# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:  9

Case No.:  8:24-cr-429-CEH-CPT

UNITED STATES OF AMERICA

vs.

 WIESLAW ROBERT RUTA, ET AL

Date Identified: _____

Date Admitted: _____

# S/V NICOLLET   OVERALL LENGTH: 46 FEET

Case 8:24-cr-00429-CEH-CPT   Document 156-14   Filed 05/26/26   Page 2 of 2 PageID 732

9'3"   10'4"   3'0"

BATHROOM   4'3"

4'9"

2'0"

5'4"   5'8"

UTILITY CLOSET

MAIN CABIN

BATHROOM   4'0"

BEDROOM

11'0"

3'9"   5'2"   8'0"

ANCHOR LOCKER

2'4"   13'1"

12'10"

3'9"

MASTER BEDROOM

4'4"

6'11"

BATHROOM

3'1"

3'3"

CHART TABLE   3'2"

NOT TO SCALE

NS RYLEE BURTON    21 SEP 24

DISCO-00240

46