# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:  10

Case No.:  8:24-cr-429-CEH-CPT

UNITED STATES OF AMERICA

vs.

 WIESLAW ROBERT RUTA, ET AL

Date Identified: _____

Date Admitted: _____



S/V NICOLLET    OVERALL LENGTH: 46 FEET

MASTER BEDROOM 6'2"

BILGES

MAIN CABIN 6'0"

3'4"

BATHROOM 6'4"

2'2"

BEDROOM 6'2"

BATHROOM 6'1"

NOT TO SCALE
ENS RYLEE BURTON
21 SEP 24

DISC-00242