# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**: 30

Case No.: 8:24-cr-429-CEH-CPT

UNITED STATES OF AMERICA

vs.

WIESLAW ROBERT RUTA, ET AL

Date Identified: _____

Date Admitted: _____

