# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:  32

Case No.:  8:24-cr-429-CEH-CPT

UNITED STATES OF AMERICA

vs.

 WIESLAW ROBERT RUTA, ET AL

Date Identified: _____

Date Admitted: _____

**Luty** February Februar Février Февраль

### Poniedziałek
Monday · Montag · Lundi · Понедельник

**5**

Agaty
Ankuba                    36 + 330

### Wtorek
Tuesday · Dienstag · Mardi · Вторник

**6**

Doroty
Bohdana                   37 + 329

### Środa
Wednesday · Mittwoch · Mercredi · Среда

**7**

Ryszarda, Romualda
Romana                    38 + 328

### Czwartek
Thursday · Donnerstag · Jeudi · Четверг

**8**

Tłusty czwartek
Jana, Piotra              39 + 327

### Piątek
Friday · Freitag · Vendredi · Пятница

**9**

Cyryla, Apolonii
Eryki                     40 + 326

### Sobota
Saturday · Samstag · Samedi · Суббота

**10**

Ostatnia sobota karnawału
Elwiry, Jacka, Scholastyki   41 + 325

### Niedziela
Sunday · Sonntag · Dimanche · Воскресенье

**11**

Marii, Lucjana
Olgierda                  42 + 324



40 cm

| | Styczeń | Luty | Marzec | Kwiecień | Maj | Czerwiec |
|---|---|---|---|---|---|---|
| | 1 2 3 4 5 6 7 | 5 6 7 8 9 | 9 10 11 12 13 | 14 15 16 17 18 | 18 19 20 21 22 | 22 23 24 25 26 |
| Pn | 1 8 15 22 29 | 5 12 19 26 | 4 11 18 25 | 1 8 15 22 29 | 6 13 20 27 | 3 10 17 24 |
| Wt | 2 9 16 23 30 | 6 13 20 27 | 5 12 19 26 | 2 9 16 23 30 | 7 14 21 28 | 4 11 18 25 |
| Śr | 3 10 17 24 31 | 7 14 21 28 | 6 13 20 27 | 3 10 17 24 | 1 8 15 22 29 | 5 12 19 26 |
| Cz | 4 11 18 25 | 1 8 15 22 29 | 7 14 21 28 | 4 11 18 25 | 2 9 16 23 30 | 6 13 20 27 |
| Pt | 5 12 19 26 | 2 9 16 23 | 1 8 15 22 29 | 5 12 19 26 | 3 10 17 24 31 | 7 14 21 28 |
| So | 6 13 20 27 | 3 10 17 24 | 2 9 16 23 30 | 6 13 20 27 | 4 11 18 25 | 1 8 15 22 29 |
| Nd | 7 14 21 28 | 4 11 18 25 | 3 10 17 24 31 | 7 14 21 28 | 5 12 19 26 | 2 9 16 23 30 |

| | Lipiec | Sierpień | Wrzesień | Październik | Listopad | Grudzień |
|---|---|---|---|---|---|---|
| | 27 28 29 30 31 | 31 32 33 34 35 | 35 36 37 38 39 40 | 40 41 42 43 44 | 44 45 46 47 48 | 48 49 50 51 52 1 |
| Pn | 1 8 15 22 29 | 5 12 19 26 | 2 9 16 23 30 | 7 14 21 28 | 4 11 18 25 | 2 9 16 23 30 |
| Wt | 2 9 16 23 30 | 6 13 20 27 | 3 10 17 24 | 1 8 15 22 29 | 5 12 19 26 | 3 10 17 24 31 |
| Śr | 3 10 17 24 31 | 7 14 21 28 | 4 11 18 25 | 2 9 16 23 30 | 6 13 20 27 | 4 11 18 25 |
| Cz | 4 11 18 25 | 1 8 15 22 29 | 5 12 19 26 | 3 10 17 24 31 | 7 14 21 28 | 5 12 19 26 |
| Pt | 5 12 19 26 | 2 9 16 23 30 | 6 13 20 27 | 4 11 18 25 | 1 8 15 22 29 | 6 13 20 27 |
| So | 6 13 20 27 | 3 10 17 24 31 | 7 14 21 28 | 5 12 19 26 | 2 9 16 23 30 | 7 14 21 28 |
| Nd | 7 14 21 28 | 4 11 18 25 | 1 8 15 22 29 | 6 13 20 27 | 3 10 17 24 | 1 8 15 22 29 |