# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:  33

Case No.:  8:24-cr-429-CEH-CPT

UNITED STATES OF AMERICA

vs.

 WIESLAW ROBERT RUTA, ET AL

Date Identified: _____

Date Admitted: _____

Luty February Februar Février Февраль

## Luty February Februar Février Февраль

7 Tydzień 2024

**Poniedziałek**
Monday • Montag • Lundi • Понедельник

Radosława
Modesta          43 + 323          **12**

**Wtorek**
Tuesday • Dienstag • Mardi • Вторник

Ostatki
Grzegorza, Katarzyny      44 + 322      **13**

**Środa**
Wednesday • Mittwoch • Mercredi • Среда

Popielec, Walentynki
Liliany, Walentego       45 + 321       **14**



### Февраль Février Februar February **Luty**

**Czwartek**
Thursday • Donnerstag • Jeudi • Четверг

Jowity
Faustyna          46 + 320          **15**

**Piątek**
Friday • Freitag • Vendredi • Пятница

Danuty, Daniela
Julianny          47 + 319          **16**

**Sobota**
Saturday • Samstag • Samedi • Суббота

Zbigniewa
Łukasza          48 + 318          **17**

**Niedziela**
Sunday • Sonntag • Dimanche • Воскресенье

Alberta, Szymona
Konstancji        49 + 317        **18**