# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:  42

Case No.:  8:24-cr-429-CEH-CPT

UNITED STATES OF AMERICA

vs.

 WIESLAW ROBERT RUTA, ET AL

Date Identified: _____

Date Admitted: _____

