# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**: 66

Case No.: 8:24-cr-429-CEH-CPT

UNITED STATES OF AMERICA

vs.

WIESLAW ROBERT RUTA, ET AL

Date Identified: _____

Date Admitted: _____

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Immigration and Customs Enforcement**

## CONSENT TO SEARCH

I, _Piotr Adamczyk_ , have been informed by U.S. Immigration and Customs Enforcement (ICE) Special Agent _Shawn Nelson_ of my right to refuse to consent to a search of my property, described as: (item, place, things to be searched, location, etc.)

_Samsung cell phone_

I have also been advised by ICE Special Agent _Shawn Nelson_ that, if I voluntarily consent to a search of this property, anything discovered during this search may be used against me in any criminal, civil, or administrative proceedings.

I have decided to allow ICE Special Agents _Shawn Nelson_ and _Paner Special Agents_ to conduct a complete search of my _Property_ , located at _PANEX Tampa, FL_ .

These ICE Special Agents are authorized by me to take any letters, papers, materials, or other property which they may desire to examine.

I hereby voluntarily and intentionally consent to allow ICE to search my property. My consent is freely given and not the result of any promises, threats, coercion, or other intimidation. **I have read the above statement and understand my rights.**

Name (Please Print) _Piotr Adamczyk_

Signature: X _Adamczy_

Date/Time: _9/30/24    11:10 pm_

Witnesses: _Shawn Nelson /SA/HSI_
_S/A FBI_

ICE Form 73-005 (01/08)

_1017 code_

DISC-00842