# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:  67

Case No.:  8:24-cr-429-CEH-CPT

UNITED STATES OF AMERICA

vs.

 WIESLAW ROBERT RUTA, ET AL

Date Identified: _____

Date Admitted: _____

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## CONSENT TO SEARCH

I, _Wieslav Ruta_ , have been informed by U.S. Immigration and
Customs Enforcement (ICE) Special Agent _Shawn Nelson_
of my right to refuse to consent to a search of my property, described as: (item, place, things to
be searched, location, etc.)

_2 phones_
_1 laptop_

I have also been advised by ICE Special Agent _Shawn Nelson_
that, if I voluntarily consent to a search of this property, anything discovered during this search
may be used against me in any criminal, civil, or administrative proceedings.

I have decided to allow ICE Special Agents _Shawn Nelson_
and _PANEX special Agents_ to conduct a complete search of my _____,
located at _PANEX Tampa, FL_ .

These ICE Special Agents are authorized by me to take any letters, papers, materials, or other
property which they may desire to examine.

I hereby voluntarily and intentionally consent to allow ICE to search my property. My
consent is freely given and not the result of any promises, threats, coercion, or other
intimidation. **I have read the above statement and understand my rights.**

Name (Please Print) _RUTA WIESLAW_
Signature: **X** _Ruta_
Date/Time: _9/30/24   11:45 pm_
Witnesses: _Shawn Nelson / SA / HSI_
_____ _Sh. / FBI_

_Phone code 1245_
_Computer DomEK 123 All lower case_

ICE Form 73-005 (01/08)

DISC-00843