# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**: 68

Case No.: 8:24-cr-429-CEH-CPT

UNITED STATES OF AMERICA

vs.

 WIESLAW ROBERT RUTA, ET AL

Date Identified: _____

Date Admitted: _____

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## CONSENT TO SEARCH

I, _Slawomir Winiewski_ , have been informed by U.S. Immigration and
Customs Enforcement (ICE) Special Agent ___Shawn Nelson___
of my right to refuse to consent to a search of my property, described as: (item, place, things to
be searched, location, etc.)

___Property on table visible to Mr. Winiewski___

I have also been advised by ICE Special Agent ___Shawn Nelson___
that, if I voluntarily consent to a search of this property, anything discovered during this search
may be used against me in any criminal, civil, or administrative proceedings.

I have decided to allow ICE Special Agents ___Shawn Nelson___
and ___other SA's from PANEX___ to conduct a complete search of my ___Property___,
located at ___PANEX Tampa, FL___.

These ICE Special Agents are authorized by me to take any letters, papers, materials, or other
property which they may desire to examine.

I hereby voluntarily and intentionally consent to allow ICE to search my property. My
consent is freely given and not the result of any promises, threats, coercion, or other
intimidation. **I have read the above statement and understand my rights.**

Name (Please Print) ___SLAWOMIR WISNIEWSKI___
Signature: X ___Wisniewski___
Date/Time: ___30.08.2024    10:31 PM___
Witnesses: ___Shawn Nelson SA HSI___
___SA FBI___

___code phone 230585___

ICE Form 73-005 (01/08)