# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:  69

Case No.:  8:24-cr-429-CEH-CPT

UNITED STATES OF AMERICA

vs.

 WIESLAW ROBERT RUTA, ET AL

Date Identified: _____

Date Admitted: _____

## CERTIFICATE OF AUTHENTICITY UNDER
## FEDERAL RULE OF EVIDENCE RULE 902(14)

I, Justin Gaertner, attest and certify, under penalty of perjury by the laws of the United States of America pursuant to 28 U.S.C § 1746, that the information contained in this certification is true and correct, as shown by the following:

1. I am a Computer Forensics Analyst with the Department of Homeland Security, Homeland Security Investigations ("HSI"), where I have worked for more than twelve (12) years. Prior to becoming a CFA; I worked at the Special Operations Command (SOCOM), the National Counter Terrorism Center (NCTC), and the United States Marine Corps (USMC). Since working for HSI, I have received the following training and certifications:

   a. CompTIA A+ Certification

   b. EnCase Computer Forensics I Course Certification

   c. Access Data Boot Camp Certification

   d. HSI Basic Computer Evidence Recovery Training

   e. Mobile and Cellular Device Data Extraction and Analysis

   f. Advanced Computer Evidence Recovery Training

   g. Nuix Foundations Training

   h. ICAC Ares Investigations Online Training

1

i. MSAB XRY Certification Training

j. Introduction to Computers, Networks and Cybercrime ICNC Instructor

k. TEEL Technologies Hardware Hacking and Reverse Engineering Course

l. ICAC BitTorrent Investigations Online Training

m. Department of Homeland Security Planners Course

n. United States Secret Service Advanced Mobile Device Forensics

o. Homeland Security Investigations/Dark-web and Cryptocurrency Training

p. Cellebrite Apple forensics Fundamentals / Intermediate / Advanced Certified Examiner

q. IACIS RAM Capture and Analysis Certification

r. SANS FOR 500 Windows Forensic Analysis

s. Griffeye Analyze Examiner

t. GIAC Certified Forensic Examiner

2. In August of 2023, I received my Bachelors of Science Degree in Computer Forensics and Digital Investigations; from Champlain College

2

in Burlington, Vermont. During my graduation from Champlain College, I received the academic achievement of "Summa Cum Laude."

3. I am familiar with the process for imaging and extracting data from electronic devices and for ensuring that the image is an accurate copy of the original; indeed, making such images is a part of my responsibilities as a Computer Forensic Analyst (CFA). As a CFA, I digitally collect and analyze devices such as: desktop computers, laptop computers, thumb drives, hard disk drives, solid state drives, cellphones, compact discs, SD cards, digital warrant returns, and extracted email databases.

4. I am aware that on or around January 22, 2026, the Panama Express Strike Force ("PANEX") and the Homeland Security Investigations ("HSI") Tampa field office requested forensic assistance with sixteen (16) electronic devices, marked as:

ADAMCZYK Exhibit #001- Samsung Galaxy Note10

RUTA Exhibit #001- Alcatel Cellphone

RUTA Exhibit #002- Samsung Galaxy AO4

RUTA Exhibit #003- Acer Laptop

WINIEWSKI Exhibit #001- iPhone 12 mini

WINIEWSKI Exhibit #002- iPhone 11 Pro

WINIEWSKI Exhibit #003- ZTE Cellphone

3

WINIEWSKI Exhibit #004- Xiaomi Cellphone

WINIEWSKI Exhibit #005- Hama SD Card

WINIEWSKI Exhibit #006- SanDisk 32 gigabytes SD Card

WINIEWSKI Exhibit #007- Orange SIM Card

WINIEWSKI Exhibit #008- Cannon Camera

WINIEWSKI Exhibit #009- SanDisk 64 gigabytes SD Card

WINIEWSKI Exhibit #010- Acer Laptop

WINIEWSKI Exhibit #011- Lenovo Tablet S/N HA1SX9S8

WINIEWSKI Exhibit #012- Lenovo Tablet S/N HA1TC43H

5.  As part of the standard process for mobile device extractions; I used Magnet Forensics GrayKey and Cellebrite; to extract data from and analyze six (6) cellular devices, two (2) tablets, one (1) subscriber identity module card; received from PANEX. I also used the Exterro Forensic Tool Kit (FTK) Imager and Magnet Axiom Process/Examine; to extract data from and analyze, one (1) laptop computer and three (3) secure digital (SD) cards At the request of the case agent, I forensically processed the contents of the target devices using Cellebrite and Axiom, to export the results in a portable format for the case agent(s) to review; referred to as a Universal Forensic Extraction Device Report ("UFDR") file and an Axiom portable case.

4

6. The Computer Forensics Tool Testing ("CFTT") program routinely tests computer forensic tools to provide measurable assurance to practitioners, researchers, and other users that the tools used in computer forensics investigations provide accurate results.  The CFTT is a joint project of the Department of Homeland Security's ("DHS") Science and Technology Directorate, the National Institute of Justice, and the National Institute of Standards and Technology's ("NIST") Special Programs Office and Information Technology Laboratory. The CFTT has tested the electronic processes and systems for Magnet Axiom Graykey/Process/Examine, Cellebrite, and Exterro Forensic Tool Kit Imager; for extracting supported devices, located at:

Exterro FTK-

https://www.dhs.gov/sites/default/files/publications/test_results_for_ftk_im ager_version_4.3.0.18_with_coverjd1gd2.pdf

Cellebrite-

https://www.dhs.gov/sites/default/files/2025-05/25_0519_st_test_results_for_mobile_device_acquisition_tool_cellebrite_ins eyets_ufed_v10.3.0.260_pa_v10.3.0.3169.pdf

5

Magnet Axiom Graykey-

https://www.dhs.gov/sites/default/files/2025-

03/25_0324_st_test_results_for_mobile_device_acquisition_tool-

magnet_graykey_v4.1.0-axiom_examine_v8.0.0.pdf

Magnet Axiom-

https://www.dhs.gov/sites/default/files/2024-

09/24_0919_st_test_results_for_graphic_file_carving_tool_magnet_axiom_7.5.

0.37231.pdf

7. Furthermore, based on my training and experience using Magnet Axiom, Exterro FTK, and Cellebrite; that these tools perform as expected and produced accurate and reliable results.

8. Therefore, I certify that the Magnet Axiom, Exterro FTK, and Cellebrite, applications make up electronic processes or systems that produce an accurate and reliable result, within the meaning of Rule 902(13) and (14) of the Federal Rules of Evidence, and that the data and extraction report contained and referenced from the UFDR files and Axiom portable cases; represent an accurate copy and depiction of the original data from the electronic devices received from PANEX.

6

9. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

JUSTIN G GAERTNER

Digitally signed by JUSTIN G GAERTNER
Date: 2026.05.12 16:06:13 -04'00'

_____          _____
Date of Execution                Justin Gaertner
                                 Computer Forensic Analyst
                                 Homeland Security Investigations

7