# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:  76A

Case No.:  8:24-cr-429-CEH-CPT

UNITED STATES OF AMERICA

vs.

 WIESLAW ROBERT RUTA, ET AL

Date Identified: _____

Date Admitted: _____



# RZECZPOSPOLITA POLSKA
## *REPUBLIC OF POLAND*

# CERTYFIKAT JACHTOWY
## *Certificate of Sea-Going Yacht*

ZARZĄD POLSKIEGO ZWIĄZKU ŻEGLARSKIEGO ZAŚWIADCZA,
ŻE NIŻEJ OPISANY JACHT O POLSKIEJ PRZYNALEŻNOŚCI,
MA PRAWO PODNOSZENIA POLSKIEJ BANDERY
I ZOSTAŁ WPISANY DO POLSKIEGO REJESTRU JACHTÓW

*The National Board of the Polish Yachting Association hereby certifies that
the yacht described below has the Polish national status and is entitled to fly
the Polish flag and is entered in the Polish Register of Sea-Going Yachts*

| | |
|---|---|
| Numer rejestracyjny<br>*Registration Number* | **POL 14844** |
| Nazwa<br>*Name* | **NICOLLET** |
| Nazwy poprzednie<br>*Previous names* | --------------- |
| Port macierzysty<br>*Port of Registry* | **GDAŃSK** |
| Właściciel/*Owner*<br>Adres/*Address*<br>PESEL/REGON | **WALDEMAR ELRYK<br>UL. NOWA B/6<br>89-210 ŁABISZYN<br>PESEL: 70030310499** |
| Armator/*Yacht's operator*<br>Adres/*Address*<br>PESEL/REGON | **SAILING SPA WALDEMAR ELERYK<br>UL. ŚRODKOWA 4A LOK. 4<br>73-110 STARGARD SZCZECIŃSKI<br>REGON: 812496900** |

DISC-00248