# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**: 76B

Case No.: 8:24-cr-429-CEH-CPT

UNITED STATES OF AMERICA

vs.

 WIESLAW ROBERT RUTA, ET AL

Date Identified: _____

Date Admitted: _____



JACHT ŻAGLOWY KOMERCYJNY
SAILING COMMERCIAL YACHT

| Długość jachtu / Length of yacht | 14,06 | m | Szerokość jachtu / Beam of yacht | 4,48 | m |
|---|---|---|---|---|---|
| Typ ożaglowania / Type of rig | SLUP | | Pomiarowa powierzchnia ożaglowania / Projected sail area | 119,0 | m² |

| Materiał główny kadłuba / Material of hull | LAMINAT PS GRP (GLASS REINFORCED PLASTIC) |
|---|---|
| Nr identyfikacyjny kadłuba / Hull identification number (HIN) | PL-DELPR009L415 |

| DELPHIA YACHTS KOT SP. J. OLECKO, POLSKA | | Typ budowy / Type of building | DELPHIA 46CC |
|---|---|---|---|
| Budowniczy / Builder | | Rok budowy / Year of building | 2014 |

VOLVO PENTA D2-75, WBUDOWANY/INBOARD, 5103980682X

| Silnik – wytwórca, typ, numer / Engine – maker, type, number | | Moc/Power | 52,9 | kW |
|---|---|---|---|---|

z up. Prezesa

Zbigniew STOSIO
Sekretarz Generalny

WARSZAWA, 26.11.2014

Miejscowość, data / Place, date

Podpis i pieczęć / Signature and stamp

UWAGA / Notice
W RAZIE ZMIANY DANYCH DOTYCZĄCYCH JACHTU,
WŁAŚCICIELA LUB ARMATORA, NALEŻY NIEZWŁOCZNIE POWIADOMIĆ
POLSKI ZWIĄZEK ŻEGLARSKI
In case of any changes to yacht's particulars or ownership,
the Polish Yachting Association shall be informed immediately.

POLSKI ZWIĄZEK ŻEGLARSKI / Polish Yachting Association
al. ks. J. Poniatowskiego 1, 03–901 Warszawa, Poland
tel.: +48 22 541 63 63, fax: +48 22 541 63 69      e-mail: pyaoffice@pya.org.pl

NINIEJSZY CERTYFIKAT WYDANO NA PODSTAWIE ART. 23 §3
USTAWY Z DNIA 18 WRZEŚNIA 2001 R. KODEKS MORSKI
(Dz. U. z 2001 r.  nr  138 poz. 1545, z późn. zm.).
This certificate has been issued by virtue of art. 23 §3 of the Maritime Code
of 18 September 2001 (Journal of laws of 2001 No. 138, item 1545).

| Numer druku / Card number | Nr. 016252 |
|---|---|

DISC-00249