# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**: 76C

Case No.: 8:24-cr-429-CEH-CPT

UNITED STATES OF AMERICA

vs.

 WIESLAW ROBERT RUTA, ET AL

Date Identified: _____

Date Admitted: _____

POLSKI ZWIĄZEK ŻEGLARSKI  POLISH YACHTING ASSOCIATION

al. ks. J. Poniatowskiego 1, 03-901 Warszawa, tel. 22 541 63 63, fax: 22 541 63 69
e-mail: pyabiuro@pya.org.pl, pyaoffice@pya.org.pl, website: www.pya.org.pl

Warszawa, dn. **26 LISTOPADA 2014 R.**

## D E C Y Z J A

Zarząd Polskiego Związku Żeglarskiego w Warszawie na podstawie Rozporządzenia Ministra Infrastruktury z dnia 30 kwietnia 2004 r. w sprawie nadawania i zatwierdzania nazwy statku morskiego (Dz. U. z 2004 r. nr 118 poz. 1237) zatwierdza nazwę: **NICOLLET**
dla niżej opisanego jachtu:

Poprzednia nazwa: ----------------
Numer rejestracyjny: **POL 14844**
Port macierzysty: **GDAŃSK**
Sygnał wywoławczy: ----------------
Wymiary główne jachtu:

| | | | | | |
|---|---|---|---|---|---|
| długość: | **14,06** | m | zanurzenie min/max: | **2,30** | m |
| szerokość: | **4,48** | m | wysokość boczna: | ----- | m |

Rodzaj napędu głównego: **ŻAGLOWY**
ożaglowanie: typ **SLUP** pow. pomiarowa: **119,0** m²
silnik: typ: **WBUDOWANY** wytwórca i model: **VOLVO PENTA D2-75**
numer: **5103980682X** moc **52,9** kW **72** KM
Kadłub: liczba kadłubów: **1** gł. materiał kadłuba: **LAMINAT PS**
nr kadłuba/HIN/CIN: **PL-DELPR009L415**
Nazwa budowniczego: **DELPHIA YACHTS KOT SP. J.**
Miejsce budowy: **OLECKO, POLSKA** rok budowy: **2014**
Typ jachtu: **DELPHIA 46CC** konstruktor: **ANDRZEJ SKRZAT**
Przeznaczenie jachtu: **KOMERCYJNE**
Właściciel/współwłaściciele:
**WALDEMAR ELRYK, UL. NOWA B/6, 89-210 ŁABISZYN**
**PESEL: 70030310499**
Armator:
**SAILING SPA WALDEMAR ELERYK, REGON: 812496900**
**UL. ŚRODKOWA 4A LOK. 4, 73-110 STARGARD SZCZECIŃSKI**

Od niniejszej decyzji przysługuje odwołanie do Ministra Sportu i Turystyki w Warszawie w terminie 14 dni od dnia jej doręczenia.

z up. Prezesa

pieczęć

**Zbigniew STOSIO**
**Sekretarz Generalny**

DISC-00250