UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO.  8:24-cr-429-CEH-CPT

WIESLAW ROBERT RUTA,

      Defendant.

_____/

### DEFENDANT WIESLAW RUTA'S EXHIBIT LIST

_____ Government     _____ Plaintiff     __X__ Defendant     _____ Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| A | | | | | Image – CG 46 Sail Boat Exterior |
| B | | | | | Image – 46ft Delphia Top Deck |
| C | | | | | Coast Guard Sketch Measurements of 46 Sail Boat (Composite - 2 pages) |
| D | | | | | Image – 46ft Delphia Interior |
| E | 05/19/2026 | 05/19/2026 | Sweet | | Image - Ruta Person Items |
| F | | | | | Images – Concealed Interior Compartment (Composite – 3 pages) |
| G | | | | | Image - Picture of Construction on Compartment |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Respectfully submitted,

By: *Wes Trombley*
WES TROMBLEY
Florida Bar No.   0684953
TROMBLEY & HANES. P.A.
707 North Franklin Street
10th Floor
Tampa, Florida   33602
Telephone: (813) 229-7918
Facsimile:   (813) 223-5204
Email: wtrombley@trombleyhaneslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will then serve all parties of record.

*Wes Trombley*
Wes Trombley