# Exhibit E

Image - Ruta Person Items

