**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Tampa Division**

**UNITED STATES OF AMERICA,**

**vs.**

                                   **Case No. 8:24-cr-429-CEH-CPT**

**PIOTR MAREK ADAMCZYK,**

## AMENDED EXHIBIT LIST

_____Government      _____ Plaintiff     __X__ Defendant      _____ Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| A | 05/19/2026 | 05/19/2026 | Sweet | ——— | Drawing of Delphia 46cc yacht deck layout |
| B | 05/19/2026 | 05/19/2026 | Sweet | ——— | Drawing of Delphia 46cc yacht exterior profile keel |
| C | 05/19/2026 | 05/19/2026 | Sweet | _____ | Brochure with various pictures of Delphia 46cc yacht (12 pages, C1-C12) |
| D | 05/20/2026 | 05/20/2026 | Sweet | Overruled | Photos of interior of Delphia 46cc yacht (4 pages, D1-D4) |
| E | 05/19/2026 | 05/19/2026 | Sweet | ——— | Second drawing of Delphia 46cc yacht deck layout |
| F | 05/20/2026 | 05/20/2026 | Sweet | ——— | Photo of Mr. Adamczyk's various personal items seized from yacht |
| G | 05/20/2026 | 05/20/2026 | Sweet | _____ | Photo of Mr. Adamczyk's blue bag seized from yacht |
| H | 05/20/2026 | 05/20/2026 | Sweet | _____ | Photo of Mr. Adamczyk's black pouch bag seized from yacht |
| I | 05/20/2026 | 05/20/2026 | Sweet | _____ | Photo of Mr. Adamczyk's various identification cards seized from yacht |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to all parties of record, on this 18th day of May, 2026.

*Omar Abdelghany*
Omar Abdelghany
Fla. Bar No. 105682