# Exhibit A

Drawing of Delphia 46cc yacht deck layout



Decklayout