# Exhibit B

Drawing of Delphia 46cc yacht exterior profile keel

