# Exhibit C

Brochure with various pictures of Delphia 46cc yacht (12 pages)





www.delphiayachts.eu

This document is not contractual. All descriptions, illustrations, etc. are only an indication. We reserve the right to modify or improve our products without notice. Please get in touch with your distributor for special requests or to obtain the standard equipment list and the option list.



Ever since 1990 we have been doing what we love the most: building yachts. Using cutting-edge technologies and employing some of the finest specialists in the country and beyond, we build our yachts to the highest standards of quality, with utmost attention to safety and perfection in every detail.

Every yacht is subjected to the most scrupulous examination from stem to stern to ensure total quality management throughout the entire production process.

Delphia Yachts proudly holds ISO 9001 and subjects all its construction procedures to the supervision of the Polish Register of Shipping and Germanischer Lloyd.

Welcome on board - Delphia Yachts!




Germanischer Lloyd

Shipyard



## Delphia 46cc

The Delphia 46cc was designed as the ultimate example of synergy between naval architect and boat builder and it's dedicated a specially for customers who above all appreciate the pure art of sailing. This high-end model with a central cockpit features rigging and capstans from the world's leading manufacturers and uncompromisingly satisfies the expectations of even the most demanding of yachtsmen.

Despite its smooth lines and luxurious feel, the obvious sporting pedigree will not allow you to forget you are aboard a thoroughbred seagoing yacht. The robust hull, designed by renowned designer Andrzej Skrzat and shared by the Delphia 47, ensures unmatched stability in rough sea and achieves excellent speeds upwind. Boasting a big yacht feel, the 46cc provides a relaxed atmosphere while under sail and with the latest technical innovations, is easy to helm even when sitting at the navigation table.

The elegant and spacious interior is the creation of world-famous designer Birgit Schnaase of Schnaase Interior Design and includes a wealth of exclusive and practical details you would normally expect of a super yacht. Built with utmost attention to quality and detail, the large enclosed guest area with central cockpit table and sumptuous sofas is ideal for dining and relaxing while tackling the challenges of blue water cruising or simply enjoying the vista that it offers. The two-cabin configuration maximises all available space in the stateroom and guest cabin. The berths are placed as close as possible to the center of yaw to ensure maximum comfort when sleeping in open waters. All this, combined with a long waterline, roomy deck and generous saloon, lend this new marvel of yacht design a spacious, light and airy living area with an omnipresent feeling of extravagance more usually expected of much larger craft found in an entirely different price range. Delphia 46cc is available with either a fixed or a swing keel.













|  | Keel Version | Swing Keel Version |  |
|---|---|---|---|
| LOA | 14,48 m | 14,48 m | 47,51 ft |
| Hull length | 14,03 m | 14,03 m | 46,03 ft |
| Beam | 4,48 m | 4,48 m | 14,70 ft |
| Draft | 2,30 m/1,75 ft | 2,0 /1,25 m | 6,56 /4,1 ft |
| Total weight | 14 000 kg | 14 000 kg | 30 865 lb |
| Ballast | 4 500 kg | 4 500 kg | 9921 lb |
| Mainsail | 56,65 m2 | 56,65 m2 | 577,48 sq ft |
| Genoa | 62,40 m2 | 62,40 m2 | 328,30 sq ft |
| Engine (max.) | 110 HP | 110 HP | 110 HP |
| Fuel tank | 400 l | 400 l | 88 gal UK |
| Water tank | 600 l | 600 l | 132 gal UK |
| CE Category | A-12 Pers | A-12 Pers | A-12 Pers |
| Design |  |  | Andrzej Skrzat |









The tests were executed for the following rigging: mainsail, genoa stay sail, spinaker at 6, 8, 10, 12, 14, 16, 20 knots wind speed.

Decklayout



Interior A -3 cabins



Interior B -3 cabins



