# Exhibit D

Photos of interior of Delphia 46cc yacht (4 pages)







