# Exhibit E

Second drawing of Delphia 46cc yacht deck layout