# Exhibit F

Photo of Mr. Adamczyk's various personal items seized from yacht



DISC-00609