# Exhibit G

Photo of Mr. Adamczyk's blue bag seized from yacht



DISC-00608