# Exhibit H

Photo of Mr. Adamczyk's black pouch bag seized from yacht



DISC-00604