# Exhibit I

Photo of Mr. Adamczyk's various identification cards seized from yacht



DISC-00613