**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**                                   **Case No.: 8:24-cr-429-CEH-CPT**

**v.**                                                        **Trial** _____✓_____

**WIESLAW ROBERT RUTA and**
**PIOTR MAREK ADAMCZYK**

| JOINT EXHIBIT LIST | | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| 1 | 05/20/2026 | 05/20/2026 | Stipulated | Joint Stipulation of the Parties |
| 2 | 05/20/2026 | 05/20/2026 | Stipulated | Joint Stipulation of the Parties |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Page 1 of 1**