UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:24-cr-429-CEH-CPT

WIESLAW ROBERT RUTA, and
PIOTR MAREK ADAMCZYK

## **JOINT STIPULATION OF THE PARTIES**

IT IS HEREBY AGREED BY AND BETWEEN the United States of America, by and through its representative, Assistant United States Attorney Joseph K. Ruddy, and the defendants, Wieslaw Robert Ruta, by and through his attorney of record Wesley Trombley, and Piotr Marek Adamczyk, by and through his attorney of record, Omar Abdelghany, that the following matters are agreed to for all purposes in the trial and all further proceedings in the case of *United States v. Wiesliaw Robert Ruta*, et. al., Case No. 8:24-cr-429-CEH-CPT, and that no evidence need be presented by the United States at trial or any further proceedings regarding the same:

Both Piotr Marek Adamczyk and Wieslaw Robert Ruta signed written consent forms and provided the passcodes to search the cellular phones that were in their possession on September 20, 2024 on the SV NICOLLET.

So stipulated this ___19th___ day of May 2026.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

_____
WESLEY TROMBLEY
Attorney for Defendant

_____
JOSEPH K. RUDDY
Assistant United States Attorney

_____
WEISLAW ROBERT RUTA
Defendant

_____
OMAR ABDELGHANY
Attorney for Defendant

_____
PIOTR MAREK ADAMCZYK
Defendant

2