How far is

the hatch where bags were dropped.

from the steering

wheel of the boat?

What is the distance
between them?

5/22/26

May 22, 2026

Jurors,

The court is unable to answer any questions related to the facts of this case. The jury instruction on page §2- B2.2, provides that " Your decision must be based only on the evidence presented during the trial."

Charlene Edwards Honeywell

5/22/26

If the Defendants found out after the 1st pick-up, can that implicate them guilty of Count 2?

Jurors,

You must decide whether the Government has proved the specific facts necessary to find the Defendants guilty beyond a reasonable doubt. See page 1 of the instructions. The Court is unable to answer this question more specifically. Charlene Honeywell

Does the testimony of expert witnesses such as McDonnaugh and Sweet constitute direct or circumstantial evidence? or only if they posess knowledge or facts or circumstances of the case in question.

Jurors,
See jury instruction B4 on page 4. It defines what is direct and circumstantial evidence. It also provides that "In considering the evidence you may use reasoning and common sense to make deductions and reach conclusions. You shouldn't be concerned about whether the evidence is direct or circumstantial."

Charlene Edwards Honeywell

5/22/26

Whose phone did the following
exhibits come from?

\#38, 39, 40, 41, 43, 46-60

Jurors,

You must rely upon your own
recollection and your notes
from Agent Maurizio's testimony.

Charlene Edwards Honeywell

Jurors,

    This note is to advise you that you have the option of returning to the courthouse on Tuesday morning to resume your deliberations. Let me know if you would like to continue deliberating this evening or if you want to return on Tuesday morning.

        Charlene Edwards Honeywell

        5/22/26

We are close to finishing the jury deliberation.

5/22/26

The jury is unable to make a decision on one of the charges. If we are unable to come to an agreement, please advise.