UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                Case No. 8:24-cr-429-CEH-CPT

WIESLAW ROBERT RUTA and
PIOTR MAREK ADAMCZYK

## VERDICT FORM

AS TO DEFENDANT, **WIESLAW ROBERT RUTA**:

1.    **Count One of the Indictment**

As to the offense of conspiring to possess with the intent to distribute cocaine while aboard a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b),

We, the Jury, find the Defendant, **WIESLAW ROBERT RUTA:**

Not Guilty ____✓____                Guilty _____

If you find the Defendant guilty, then proceed to answer the following question:

We further find that the amount of cocaine involved in the offense charged in Count One is:

_____ Five (5) kilograms or more
_____ Five hundred (500) grams or more (but less than five (5) kilograms)
_____ Less than five hundred (500) grams

2.    **Count Two of the Indictment**

As to the offense of knowingly and intentionally possessing with the intent to distribute, or aiding and abetting other persons in the possession with the intent to distribute, cocaine while aboard a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a), 70506(a), and 18 U.S.C. § 2,

We, the Jury, find the Defendant, **WIESLAW ROBERT RUTA:**

Not Guilty _____        Guilty ___✓_____

If you find the Defendant guilty, then proceed to answer the following question:

We further find that the amount of cocaine involved in the offense charged in Count Two is:

___✓_ Five (5) kilograms or more
_____ Five hundred (500) grams or more (but less than five (5) kilograms)
_____ Less than five hundred (500) grams

SO SAY WE ALL, this _26th_ day of __May_____, 2026.

<span style="background:#000">▮▮▮▮▮▮▮▮▮▮▮▮</span>
_____
FOREPERSON