## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO: 8:24-cr-429-CEH-CPT

WIESLAW ROBERT RUTA

_____

### JUDGMENT OF ACQUITTAL AS TO COUNT ONE

**THIS CAUSE** having come on for trial by jury and the jury having returned a

verdict of not guilty as to Count One of the Indictment, it is

**ORDERED AND ADJUDGED:**

Defendant, **WIESLAW ROBERT RUTA**, is not guilty of the offense charged

against him in Count One of the Indictment.

**DONE and ORDERED** in Tampa, Florida on this 27th day of May 2026.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel of Record
United States Probation Office