# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO: 8:24-cr-429-CEH-CPT

WIESLAW ROBERT RUTA

_____

## ADJUDICATION OF GUILT

Pursuant to the Jury's Verdict finding Defendant guilty on May 26, 2026 (Doc. 161), Defendant Wieslaw Robert Ruta, is adjudged guilty of Count Two of the Indictment.

**Sentencing is scheduled for August 26, 2026, at 10:00 a.m. before the undersigned.**

**DONE and ORDERED** in Tampa, Florida on this 27th day of May 2026.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel of Record
United States Probation Office