UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v

CASE NO. 8:24-cr-429-CEH-CPT

WIESLAW ROBERT RUTA
Defendant.
_______________________________/

**DEFENDANT WIESLAW ROBERT RUTA'S MOTION TO APPOINT CJA COUNSEL FOR APPEAL**

COMES NOW, Mr. Ruta by and through undersigned counsel and hereby requests the Court appoint a CJA attorney to represent the Defendant for purposes of pursuing an appeal of his conviction and sentence. As grounds therefore, the Defendant states the following:

1. The Court appointed undersigned counsel to represent Mr. Ruta pursuant to the Criminal Justice Act because the defendant lacks the financial resources to hire private counsel.

2. On August 8, 2026, the Court entered its Judgement and sentenced Mr. Ruta to 151 months imprisonment followed by 60 months of supervised release (Doc. #194). After advising Mr. Ruta of his appellate rights, including the limitations based on his plea agreement, Mr. Ruta directed counsel to file proceed with an appeal and file a Notice of Appeal on his behalf.

3. Mr. Ruta does not have the financial resources to hire private counsel or to pay for any of the costs associated with an appeal based on the financial affidavit that resulted in undersigned counsel's appointment pursuant to the Criminal Justice Act and the financial information contained in the Presentence Report. Accordingly, undersigned counsel requests that a separate CJA lawyer be appointed for his appeal.

4. Undersigned counsel believes that appointment of a separate CJA lawyer familiar with the court's appellate process would be appropriate in this matter.

WHEREFORE, undersigned counsel respectfully requests the Court appoint appellate CJA counsel for purposes of his appeal and terminate undersigned counsel as counsel of record.

Respectfully submitted,

By: /S/ Wes Trombley
TROMBLEY & HANES, P.A.
707 North Franklin Street, 10th Floor
Tampa, Florida 33602
Telephone: (813) 229-7918
wtrombley@trombleyhaneslaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of August 2026, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

*All counsel of Record* including
Joseph Ruddy, Assistant United States Attorney
The United States Attorney's Office
400 North Tampa, Suite 3200
Tampa, Florida 33602