**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 8:24-CR-00429-CEH-CPT-2 |
| | : | |
| WIESLAW ROBERT RUTA | : | |

**DEFENDANT WIESLAW ROBERT RUTA'S NOTICE OF APPEAL**

COMES NOW, undersigned counsel, on behalf of the Defendant, WIESLAW ROBERT RUTA, and files his notice of appeal as to the Judgment in a Criminal Case entered in the above styled case on August 26, 2026, by the Honorable Charlene Edwards Honeywell.

Respectfully Submitted,

By: /s/ Dane K. Chase

Dane K. Chase, Esq.
Florida Bar No.: 0076448
Chase Law Florida P.A.
111 2nd Ave NE
Suite 334
Saint Petersburg, Florida 33701
Direct: (727) 350-0361
Email: dane@chaselawfloridapa.com
CJA Counsel for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on September 4, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will then send notice of electronic filing to the electronic mail addresses of record.

By: /s/ Dane K. Chase
Dane K. Chase, Esq.
Florida Bar No.: 0076448