APPEAL,INTERPRETER,SL DOC

# U.S. District Court
# Middle District of Florida (Tampa)
# CRIMINAL DOCKET FOR CASE #: 8:24−cr−00429−CEH−CPT−2

Case title: USA v. Winiewski et al

Magistrate judge case number: 8:24−mj−02533−DCI

Date Filed: 10/01/2024

Date Terminated: 08/26/2026

---

Assigned to: Senior Judge
Charlene Edwards Honeywell
Referred to: Magistrate Judge
Christopher P. Tuite

**Defendant (2)**

**Wieslaw Robert Ruta**
*Polish Interpreter Needed*
*TERMINATED: 08/26/2026*

represented by

**Dane K. Chase**
Chase Law Florida PA
111 Second Ave NE Ste 334
St Petersburg, FL 33701−3464
727−350−0361
Fax: 866−284−1306
Email: dane@chaselawfloridapa.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Wesley E. Trombley**
Trombley & Hanes
707 N. Franklin Street, 10th Floor
Tampa, FL 33602
813/229−7918
Fax: 813/223−5204
Email: wtrombley@trombleyhaneslaw.com
*TERMINATED: 09/04/2026*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 46:70503.F MANUFACTURE, DISTRIBUTION OR POSSESSION OF CONTROLLED SUBSTANCE ON VESSELS<br>(2) | Imprisonment: 151 months; Supervised Release: 60 months; Fine: Waived; Special Assessment: $100.00. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 46:70503.F MANUFACTURE, DISTRIBUTION OR POSSESSION OF CONTROLLED SUBSTANCE ON VESSELS (1) | Defendant was found Not Guilty as to Count One of the Indictment. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| 46:70503.F MANUFACTURE, DISTRIBUTION OR POSSESSION OF CONTROLLED SUBSTANCE ON VESSELS | |

---

**Plaintiff**

**USA** represented by

**Joseph K. Ruddy**
U.S. Attorney's Office
Middle District of Florida
400 N. Tampa St., Suite 3200
Tampa, FL 33602
813/274−6000
Fax: 813/274−6125
Email: joseph.ruddy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Ashley Haynes**
DOJ−USAO
Tampa Division
400 North Tampa Street
Suite 3200
Tampa, FL 33602
813−274−6000
Email: ashley.haynes@usdoj.gov
*TERMINATED: 05/20/2025*
*ATTORNEY TO BE NOTICED*

*Designation: Retained*

**David Rehfuss**
DOJ−USAO
Tampa Division
400 N. Tampa St.
Suite 3200
Tampa, FL 33602
813−274−6000
Email: david.rehfuss@usdoj.gov
*TERMINATED: 02/26/2026*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/04/2026 | 200 | NOTICE OF APPEAL by Wieslaw Robert Ruta re 194 Judgment. Filing fee not paid. (Chase, Dane) (Entered: 09/04/2026) |
| 09/04/2026 | 199 | **ENDORSED ORDER of Appointment of CJA Counsel as to Wieslaw Robert Ruta: Appointment of Attorney Dane K. Chase for Wieslaw Robert Ruta. Signed by Magistrate Judge Christopher P. Tuite on 9/4/2026. (AMS)** (Entered: 09/04/2026) |
| 09/04/2026 | 198 | **ENDORSED ORDER granting 197 Defendant[ Wieslaw Robert Ruta]'s Amended Motion to Appoint CJA Counsel for Appeal for the reasons stated in the motion. Accordingly, the Clerk of Court is hereby directed to terminate Attorney Wes Trombley as counsel of record for Mr. Ruta and to appoint substitute Appellate CJA counsel. Signed by Magistrate Judge Christopher P. Tuite on 9/4/2026. (AMS)** (Entered: 09/04/2026) |
| 08/31/2026 | 197 | Amended MOTION to Appoint Counsel *for Appeal* by Wieslaw Robert Ruta. (Trombley, Wesley) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 08/31/2026) |
| 08/31/2026 | 196 | MOTION to Appoint Counsel *for Appeal* by Wieslaw Robert Ruta. (Trombley, Wesley) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 08/31/2026) |
| 08/26/2026 | 194 | **JUDGMENT as to Wieslaw Robert Ruta (2), Count 1, Defendant was found Not Guilty as to Count One of the Indictment; Count 2, Imprisonment: 151 months; Supervised Release: 60 months; Fine: Waived; Special Assessment: $100.00. Signed by Senior Judge Charlene Edwards Honeywell on 8/26/2026. (CAB)** (Entered: 08/26/2026) |
| 08/26/2026 | 193 | **ORAL ORDER granting 192 Oral Motion for a Downward Variance as to Wieslaw Robert Ruta (2). The Court varies downward two (2) levels. Signed by Senior Judge Charlene Edwards Honeywell on 8/26/2026. (CAB)** (Entered: 08/26/2026) |
| 08/26/2026 | 192 | ORAL MOTION for a Downward Variance by Wieslaw Robert Ruta. (CAB) (Entered: 08/26/2026) |
| 08/26/2026 | 191 | Minute Entry for In Person proceedings held before Senior Judge Charlene Edwards Honeywell: SENTENCING held on 8/26/2026 for Wieslaw Robert Ruta (2), Count 1, |

| | | |
|---|---|---|
| | | Defendant was found Not Guilty as to Count One of the Indictment; Count 2, Imprisonment: 151 months; Supervised Release: 60 months; Fine: Waived; Special Assessment: $100.00. Court Reporter: Sharon A. Miller. (Interpreter/Language: Wojciech (Voitek) Sawa/Polish). (CAB) (Entered: 08/26/2026) |
| 08/20/2026 | 190 | SENTENCING MEMORANDUM by Wieslaw Robert Ruta (Attachments: # 1 Exhibit Model Jury Instruction)(Trombley, Wesley) (Entered: 08/20/2026) |
| 08/03/2026 | 180 | TRANSCRIPT of TRIAL TESTIMONY OF SLAWOMIR WINIEWSKI as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk held on 5/21/26 before Judge CHARLENE EDWARDS HONEYWELL. Court Reporter/Transcriber: TRACEY AURELIO. Email address: tracey_aurelio@flmd.uscourts.gov. Telephone number: 8133015448.<br><br>NOTICE TO THE PARTIES − The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such notice is filed, the transcript may be made remotely available to the public without redaction after ninety (90) calendar days. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 8/24/2026. Redacted Transcript Deadline set for 9/3/2026. Release of Transcript Restriction set for 11/2/2026. (TVA) (Entered: 08/03/2026) |
| 05/27/2026 | 167 | **SENTENCING ORDER as to Wieslaw Robert Ruta. Signed by Senior Judge Charlene Edwards Honeywell on 5/27/2026. (CAB)** (Entered: 05/27/2026) |
| 05/27/2026 | 166 | **ADJUDICATION OF GUILT as to Wieslaw Robert Ruta. Sentencing set for 8/26/2026 at 10:00 AM in Tampa Courtroom 13 A before Senior Judge Charlene Edwards Honeywell. Signed by Senior Judge Charlene Edwards Honeywell on 5/27/2026. (CAB)** (Entered: 05/27/2026) |
| 05/27/2026 | 165 | **JUDGMENT OF ACQUITTAL AS TO COUNT ONE as to Wieslaw Robert Ruta (2), Count 1: Defendant was found Not Guilty as to Count One of the Indictment. Signed by Senior Judge Charlene Edwards Honeywell on 5/27/2026. (CAB)** (Entered: 05/27/2026) |
| 05/26/2026 | 163 | NOTICE OF HEARING as to Wieslaw Robert Ruta: Sentencing set for 8/26/2026 at 10:00 AM in Tampa Courtroom 13 A before Senior Judge Charlene Edwards Honeywell. (CAB) (Entered: 05/27/2026) |
| 05/26/2026 | 161 | JURY VERDICT as to Wieslaw Robert Ruta (2): Guilty on Count 2 and Not Guilty on Count 1. (Attachment: # 1 Restricted Unredacted Jury Verdict) (CAB) (Entered: 05/27/2026) |
| 05/26/2026 | 160 | JURY NOTES as to Wieslaw Robert Ruta and Piotr Marek Adamczyk received during jury trial. (Attachments: # 1 Restricted Unredacted Jury Notes.) (CAB) (Entered: 05/27/2026) |
| 05/26/2026 | 159 | JOINT EXHIBIT LIST and JOINT STIPULATIONS OF THE PARTIES admitted into evidence at the jury trial as to Wieslaw Robert Ruta and Piotr Marek Adamczyk. (Attachments: # 1 Joint Stipulation 1 and # 2 Joint Stipulation 2.) (CAB) (Entered: 05/27/2026) |
| 05/26/2026 | 158 | |

| | | |
|---|---|---|
| | | DEFENDANT PIOTR MAREK ADAMCZYK'S EXHIBIT LIST and EXHIBITS admitted into evidence during the jury trial by Piotr Marek Adamczyk as to Piotr Marek Adamczyk. (Attachments: # 1 Defendant's Exhibit A, # 2 Defendant's Exhibit B, # 3 Defendant's Exhibit C, # 4 Defendant's Exhibit D, # 5 Defendant's Exhibit E, # 6 Defendant's Exhibit F, # 7 Defendant's Exhibit G, # 8 Defendant's Exhibit H, and # 9 Defendant's Exhibit I.) (CAB). (Entered: 05/27/2026) |
| 05/26/2026 | 157 | DEFENDANT WIESLAW RUTA'S EXHIBIT LIST and EXHIBIT admitted into evidence during the jury trial by Wieslaw Robert Ruta as to Wieslaw Robert Ruta. (Attachment: # 1 Defendant's Exhibit E.) (Entered: 05/27/2026) |
| 05/26/2026 | 156 | GOVERNMENT'S EXHIBIT LIST and EXHIBITS admitted into evidence during the jury trial by USA as to Wieslaw Robert Ruta and Piotr Marek Adamczyk. (Attachments: # 1 Government Exhibit 1, # 2 Government Exhibit 2, # 3 Government Exhibit 3, # 4 Government Exhibit 4, # 5 Government Exhibit 5, # 6 Government Exhibit 6A, # 7 Government Exhibit 6B, # 8 Government Exhibit 7A, # 9 Government Exhibit 7B, # 10 Government Exhibit 7C, # 11 Government Exhibit 7D, # 12 Government Exhibit 8A, # 13 Government Exhibit 8B, # 14 Government Exhibit 9, # 15 Government Exhibit 10, # 16 Government Exhibit 11, # 17 Government Exhibit 12, # 18 Government Exhibit 13, # 19 Government Exhibit 14, # 20 Government Exhibit 15, # 21 Government Exhibit 16, # 22 Government Exhibit 17, # 23 Government Exhibit 18, # 24 Government Exhibit 19, # 25 Government Exhibit 20, # 26 Government Exhibit 21, # 27 Government Exhibit 22, # 28 Government Exhibit 23, # 29 Government Exhibit 24, # 30 Government Exhibit 25, # 31 Government Exhibit 26, # 32 Government Exhibit 27, # 33 Government Exhibit 28, # 34 Government Exhibit 29, # 35 Government Exhibit 30, # 36 Government Exhibit 31, # 37 Government Exhibit 32, # 38 Government Exhibit 33, # 39 Government Exhibit 34, # 40 Government Exhibit 35, # 41 Government Exhibit 36) (CAB). (Additional attachment(s) added on 5/28/2026: # 42 Government Exhibit 38, # 43 Government Exhibit 39, # 44 Government Exhibit 40, # 45 Government Exhibit 41, # 46 Government Exhibit 42, # 47 Government Exhibit 43, # 48 Government Exhibit 44, # 49 Government Exhibit 45, # 50 Government Exhibit 46, # 51 Government Exhibit 47, # 52 Government Exhibit 48, # 53 Government Exhibit 49, # 54 Government Exhibit 50, # 55 Government Exhibit 51, # 56 Government Exhibit 52, # 57 Government Exhibit 53, # 58 Government Exhibit 54, # 59 Government Exhibit 55, # 60 Government Exhibit 56, # 61 Government Exhibit 57, # 62 Government Exhibit 58, # 63 Government Exhibit 59, # 64 Government Exhibit 60, # 65 Government Exhibit 61, # 66 Government Exhibit 66, # 67 Government Exhibit 67, # 68 Government Exhibit 68, # 69 Government Exhibit 69, # 70 Government Exhibit 70A, # 71 Government Exhibit 70B, # 72 Government Exhibit 70C, # 73 Government Exhibit 70D, # 74 Government Exhibit 71A, # 75 Government Exhibit 71B, # 76 Government Exhibit 72, # 77 Government Exhibit 73, # 78 Government Exhibit 74, # 79 Government Exhibit 75, # 80 Government Exhibit 76A, # 81 Government Exhibit 76B, # 82 Government Exhibit 76C). (Note: Government Exhibits 37 and 62 are video files on CDs that could not be scanned and are located in the United States District Court, Middle District of Florida, Tampa Division, Clerk's Office Exhibit Room.) (CAB) (Entered: 05/27/2026) |
| 05/26/2026 | 155 | REDACTED INDICTMENT by USA as provided to the jury for their deliberations as to Wieslaw Robert Ruta and Piotr Marek Adamczyk. (CAB) (Entered: 05/27/2026) |
| 05/26/2026 | 154 | COURT'S INSTRUCTIONS TO THE JURY as to Wieslaw Robert Ruta and Piotr Marek Adamczyk. (CAB) (Entered: 05/27/2026) |

| | | |
|---|---|---|
| 05/26/2026 | 153 | Minute Entry for In Person proceedings held before Senior Judge Charlene Edwards Honeywell: JURY TRIAL COMPLETED (DAY 6) as to Wieslaw Robert Ruta and Piotr Marek Adamczyk held on 5/26/2026. Court Reporter: Sharon A. Miller (Interpreter/Language: Wojciech Sawa/Polish) (CAB) (Entered: 05/27/2026) |
| 05/22/2026 | 152 | Minute Entry for In Person proceedings held before Senior Judge Charlene Edwards Honeywell: JURY TRIAL (DAY 5) as to Wieslaw Robert Ruta and Piotr Marek Adamczyk held on 5/22/2026. Court Reporter: Tracey Aurelio. (Interpreters/Language: Wojciech Sawa and Jakub Zaic/Polish) (CAB) (Entered: 05/23/2026) |
| 05/21/2026 | 151 | Minute Entry for In Person proceedings held before Senior Judge Charlene Edwards Honeywell: JURY TRIAL (DAY 4) as to Wieslaw Robert Ruta and Piotr Marek Adamczyk held on 5/21/2026. Court Reporter: Tracey Aurelio (Interpreters/Language: Wojciech Sawa and Jakub Zaic/Polish) (CAB) (Entered: 05/22/2026) |
| 05/20/2026 | 150 | Minute Entry for In Person proceedings held before Senior Judge Charlene Edwards Honeywell: JURY TRIAL (DAY 3) as to Wieslaw Robert Ruta and Piotr Marek Adamczyk held on 5/20/2026. Court Reporter: Sharon A. Miller. (Interpreters/Language: Wojciech Sawa and Jakub Zaic/Polish). (CAB) (Entered: 05/21/2026) |
| 05/19/2026 | 149 | Minute Entry for In Person proceedings held before Senior Judge Charlene Edwards Honeywell: JURY TRIAL (DAY 2) (Jury Selection and Trial) as to Wieslaw Robert Ruta and Piotr Marek Adamczyk held on 5/19/2026. Court Reporter: Sharon A. Miller. (Interpreters/Language: Wojciech Sawa and Jakub Zaic/Polish). (CAB) (Entered: 05/19/2026) |
| 05/19/2026 | 147 | EXHIBIT LIST by USA as to Wieslaw Robert Ruta, Piotr Marek Adamczyk (Ruddy, Joseph) (Entered: 05/19/2026) |
| 05/18/2026 | 148 | Minute Entry for In Person proceedings held before Senior Judge Charlene Edwards Honeywell: JURY TRIAL (DAY 1) (Jury Selection Only) as to Wieslaw Robert Ruta and Piotr Marek Adamczyk held on 5/18/2026. Court Reporter: Sharon A. Miller. (Interpreters/Language: Wojciech Sawa and Jakub Zaic/Polish) (CAB) (Entered: 05/19/2026) |
| 05/13/2026 | 145 | EXHIBIT LIST by Wieslaw Robert Ruta (Trombley, Wesley) (Entered: 05/13/2026) |
| 05/13/2026 | 144 | WITNESS LIST by Wieslaw Robert Ruta (Trombley, Wesley) (Entered: 05/13/2026) |
| 05/13/2026 | 143 | PROPOSED Voir Dire by USA as to Wieslaw Robert Ruta, Piotr Marek Adamczyk (Ruddy, Joseph) (Entered: 05/13/2026) |
| 05/13/2026 | 142 | EXHIBIT LIST by USA as to Wieslaw Robert Ruta, Piotr Marek Adamczyk (Ruddy, Joseph) (Entered: 05/13/2026) |
| 05/13/2026 | 141 | WITNESS LIST by USA as to Wieslaw Robert Ruta, Piotr Marek Adamczyk (Ruddy, Joseph) (Entered: 05/13/2026) |
| 05/12/2026 | 135 | **INTERPRETER CELL PHONE ORDER as to Wieslaw Robert Ruta and Piotr Marek Adamczyk. Signed by Senior Judge Charlene Edwards Honeywell on 5/12/2026. (CAB)** (Entered: 05/12/2026) |
| 05/11/2026 | 134 | |

| | | |
|---|---|---|
| | | PROPOSED Voir Dire by Wieslaw Robert Ruta (Trombley, Wesley) (Entered: 05/11/2026) |
| 05/11/2026 | 133 | Proposed Jury Instructions by Wieslaw Robert Ruta (Trombley, Wesley) (Entered: 05/11/2026) |
| 05/06/2026 | 132 | US Marshal 285 form for Subpoena for Trial Testimony as to Wieslaw Robert Ruta. (LNR) (Entered: 05/07/2026) |
| 05/06/2026 | 131 | **SECOND AMENDED PRETRIAL ORDER as to Wieslaw Robert Ruta and Piotr Marek Adamczyk. Signed by Senior Judge Charlene Edwards Honeywell on 5/6/2026. (CAB)** (Entered: 05/06/2026) |
| 05/06/2026 | 130 | Minute Entry for Virtual proceedings held before Senior Judge Charlene Edwards Honeywell: STATUS CONFERENCE as to Wieslaw Robert Ruta and Piotr Marek Adamczyk held on 5/6/2026. Joseph Ruddy appeared for the United States. Wesley Trombley appeared for Defendant Wieslaw Robert Ruta (2). Omar Abdelghany appeared for Defendant Piotr Marek Adamczyk (3). The parties updated the Court on the status of the Defendants and the trial. The case is set for a Date Certain Jury Trial on May 18, 2026, commencing at 1:00 PM, and is expected to conclude that week. The Court discusses its trial practices and procedures with counsel. Questions for voir dire shall be filed on or before May 13, 2026. Counsel shall contact the Courtroom Deputy Clerk to schedule a date and time to test the courtroom technology. Hearing time: 11:33 − 11:53 (20 Minutes). (Text only entry). Court Reporter: Sharon A. Miller. (CAB) (Entered: 05/06/2026) |
| 04/23/2026 | 121 | **TRIAL CALENDAR for the MAY 2026 TRIAL TERM as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. Date Certain Jury Trial set for 5/18/2026 at 01:00 PM in Tampa Courtroom 13 A before Senior Judge Charlene Edwards Honeywell. Entered by Senior Judge Charlene Edwards Honeywell on 4/23/2026. (CAB)** (Entered: 04/23/2026) |
| 04/22/2026 | 120 | **ORDER granting 119 Defendant Wieslaw Robert Ruta's Amended Motion for Rule 17(b) Trial Subpoenas. Please see Order for details. Signed by Magistrate Judge Christopher P. Tuite on 4/22/2026. (TC)** (Entered: 04/22/2026) |
| 04/21/2026 | 119 | Amended MOTION for issuance of Subpoena by Wieslaw Robert Ruta. (Attachments: # 1 Proposed Summons Trial Subpoena, # 2 Proposed Summons Trial Subpoena)(Trombley, Wesley) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 04/21/2026) |
| 04/17/2026 | 117 | **ORDER granting 112 Defendant Wieslaw Robert Ruta's Motion for Rule 17(b) Trial Subpoenas. Please see Order for details. Signed by Magistrate Judge Christopher P. Tuite on 4/17/2026. (TC)** (Entered: 04/17/2026) |
| 04/16/2026 | 128 | NOTICE OF STATUS CONFERENCE as to Wieslaw Robert Ruta and Piotr Marek Adamczyk: Status Conference set for 5/6/2026 at 11:30 AM via Zoom Video Conference before Senior Judge Charlene Edwards Honeywell. (CAB) (Entered: 05/01/2026) |
| 04/16/2026 | 116 | NOTICE OF TRIAL as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk: Date Certain Jury Trial set for 5/18/2026 at 01:00 PM in Tampa Courtroom 13 A before Senior Judge Charlene Edwards Honeywell. (CAB) (Entered: 04/16/2026) |
| 04/16/2026 | 115 | |

| | | |
|---|---|---|
| | | **ORDER granting 110 Defendant's Unopposed Motion for Protection of Specific Date filed by Defendant Piotr Marek Adamczyk as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), and Piotr Marek Adamczyk (3). The jury trial in this case is continued, AS TO ALL DEFENDANTS, for a Date Certain Trial on May 18, 2026, beginning at 1:00 PM. A status conference is scheduled for May 6, 2026, at 11:30 A.M. Signed by Senior Judge Charlene Edwards Honeywell on 4/16/2026. (CAB)** (Entered: 04/16/2026) |
| 04/16/2026 | 114 | NOTICE canceling Status Conference scheduled for 4/21/2026 as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. (CAB) (Entered: 04/16/2026) |
| 04/13/2026 | 113 | Minute Entry for Virtual proceedings held before Senior Judge Charlene Edwards Honeywell: MOTION HEARING as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk held on 4/13/2026 re: 110 Unopposed Motion for Protection of Specific Date filed by Piotr Marek Adamczyk. Court Reporter: Rebecca Sabo (CAB) (Entered: 04/13/2026) |
| 04/08/2026 | 112 | First MOTION for issuance of Subpoena by Wieslaw Robert Ruta. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Proposed Summons Proposed Trial Subpoena, # 3 Proposed Summons Proposed Trial Subpoena)(Trombley, Wesley) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 04/08/2026) |
| 04/08/2026 | 111 | NOTICE OF ZOOM HEARING as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk re: 110 Defendant's Unopposed Motion for Protection of Specific Date. Motion Hearing set for 4/13/2026 at 11:00 AM via Zoom Video Conference before Senior Judge Charlene Edwards Honeywell. The Clerk will email counsel a Zoom invitation. (CAB) (Entered: 04/08/2026) |
| 02/26/2026 | 108 | Notice of substitution of AUSA. Joseph K. Ruddy substituting for David Rehfuss. (Ruddy, Joseph) (Entered: 02/26/2026) |
| 02/20/2026 | 107 | **ORDERED: The Government's 88 Motion for Judicial Determination that the Vessel was Subject to the Jurisdiction of the United States is GRANTED. The Government's 89 Motion in Limine to Preclude Argument About Penalties Faced by the Defendant is GRANTED. Defendant Wieslaw Ruta's 95 Motion in Limine Seeking Exclusion of Improper Expert Testimony and Unfairly Prejudicial Cumulative Testimony is DENIED without prejudice. Signed by Senior Judge Charlene Edwards Honeywell on 2/20/2026. (SAA)** (Entered: 02/20/2026) |
| 02/20/2026 | 106 | **AMENDED PRETRIAL ORDER as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. Signed by Senior Judge Charlene Edwards Honeywell on 2/20/2026. (SAA)** (Entered: 02/20/2026) |
| 02/19/2026 | 105 | NOTICE OF RESCHEDULING HEARING: The Date Certain Jury Trial previously scheduled for 2/23/2026 is rescheduled as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. New hearing date and time: Date Certain Jury Trial set for 5/4/2026 at 09:00 AM in Tampa Courtroom 13 A before Senior Judge Charlene Edwards Honeywell. Status Conference set for 4/21/2026 at 10:30 AM via Zoom Video Conference before Senior Judge Charlene Edwards Honeywell. (CAB) (Entered: 02/20/2026) |
| 02/19/2026 | 104 | Minute Entry for Virtual proceedings held before Senior Judge Charlene Edwards Honeywell: Motion Hearing as to Slawomir Winiewski, Wieslaw Robert Ruta, and |

| | | |
|---|---|---|
| | | Piotr Marek Adamczyk held on 2/19/2026. Court Reporter: Sharon A. Miller. (CAB) (Entered: 02/20/2026) |
| 02/19/2026 | 103 | **Defendants' 87 Motion Seeking Exclusion of Electronic Data Evidence Provided to Defense Counsel on the Eve of Trial or Alternatively Remove this Matter from the Trial Docket and Set a Status Conference is GRANTED to the extent that Defendants seek a continuance. This case is continued until the May 2026 TRIAL TERM, commencing May 4, 2026. The status conference is rescheduled for April 21, 2026, at 10:30 AM before the undersigned. Signed by Senior Judge Charlene Edwards Honeywell on 2/19/2026. (SAA)** (Entered: 02/19/2026) |
| 02/19/2026 | 102 | PROPOSED Voir Dire by USA as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk (Rehfuss, David) (Entered: 02/19/2026) |
| 02/19/2026 | 100 | PROPOSED verdict form filed by USA as to Wieslaw Robert Ruta (Rehfuss, David) (Entered: 02/19/2026) |
| 02/19/2026 | 98 | Proposed Jury Instructions by USA as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk (Rehfuss, David) (Entered: 02/19/2026) |
| 02/18/2026 | 97 | RESPONSE in Opposition by USA as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk re 95 MOTION in Limine (Rehfuss, David) (Entered: 02/18/2026) |
| 02/18/2026 | 95 | MOTION in Limine Seeking Exclusion of Improper Expert Testimony and Unfairly Prejudicial Cumulative Testimony by Wieslaw Robert Ruta. (Attachments: # 1 Exhibit Agent Summary and CV)(Trombley, Wesley) Modified on 2/19/2026 to edit docket text (ELA). (Entered: 02/18/2026) |
| 02/17/2026 | 94 | **ENDORSED ORDER granting Defendant Slawomir Winiewski's 93 Motion to Waive Defense Counsel's Presence at Motion Hearing. Signed by Senior Judge Charlene Edwards Honeywell on 2/17/2026. (SAA)** (Entered: 02/17/2026) |
| 02/13/2026 | 92 | RESPONSE to Motion re 87 MOTION in Limine *to Exclude Evidence or Alternatively Continue the Trial* by USA as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Rehfuss, David) (Entered: 02/13/2026) |
| 02/12/2026 | 91 | NOTICE OF RESCHEDULING HEARING: The Motion Hearing previously scheduled for 2/20/2026 is rescheduled as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. New hearing date and time: Motion Hearing re: Motions in Limine reset for 2/19/2026 at 02:00 PM via Zoom Video Conference before Senior Judge Charlene Edwards Honeywell. The Clerk will email counsel a Zoom invitation. (CAB) (Entered: 02/12/2026) |
| 02/12/2026 | 90 | NOTICE OF HEARING re: 87 and 89 Motions in Limine in case as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. Motion Hearing set for 2/20/2026 at 02:00 PM in Tampa Courtroom 13 A before Senior Judge Charlene Edwards Honeywell. (CAB) (Entered: 02/12/2026) |
| 02/11/2026 | 89 | MOTION in Limine *to preclude argument about penalties* by USA as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk. (Rehfuss, David) (Entered: 02/11/2026) |
| 02/11/2026 | 88 | MOTION for Miscellaneous Relief, specifically for judicial determination that the vessel was subject to the jurisdiction of the United States by USA as to Slawomir |

| | | |
|---|---|---|
| | | Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk. (Rehfuss, David) (Entered: 02/11/2026) |
| 02/11/2026 | 87 | MOTION in Limine *to Exclude Evidence or Alternatively Continue the Trial* by Wieslaw Robert Ruta as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk. (Trombley, Wesley) (Entered: 02/11/2026) |
| 02/06/2026 | 85 | **TRIAL CALENDAR for the FEBRUARY 2026 TRIAL TERM as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. Date Certain Jury Trial set for 2/23/2026 at 09:00 AM in Tampa Courtroom 13 A before Senior Judge Charlene Edwards Honeywell. Entered by Senior Judge Charlene Edwards Honeywell on 2/6/2026. (CAB)** (Entered: 02/06/2026) |
| 02/03/2026 | 83 | **PRETRIAL ORDER as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. Signed by Senior Judge Charlene Edwards Honeywell on 2/3/2026. (CAB)** (Entered: 02/03/2026) |
| 02/03/2026 | 82 | Minute Entry for Virtual proceedings held before Senior Judge Charlene Edwards Honeywell: STATUS CONFERENCE as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk held on 2/3/2026. David Rehfuss appeared for the United States. Ryan J. Maguire appeared for Defendant Slawomir Winiewski (1). Wesley E. Trombley appeared for Defendant Wieslaw Robert Ruta (2). Omar Abdelghany and appeared for Defendant Piotr Marek Adamczyk (3). The parties updated the Court on the status of the Defendants and trial. The Court is informed that there has not been a proffer by any Defendant. Because the Co−Defendants are seeking a trial, the Government will not consent to a stipulated facts bench trial as to Defendant Winiewski. Accordingly, this matter is set for trial on February 23, 2026, at 9:30 AM. The estimated length of the trial is one week. The Court discusses its trial practices and procedures with counsel. A Pretrial Order will be entered on the docket. Hearing time: 10:01 − 10:16 (15 Minutes) (Text only entry). Court Reporter: Rebecca Sabo (CAB) (Entered: 02/03/2026) |
| 01/20/2026 | 81 | NOTICE OF HEARING as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk: Status Conference set for 2/3/2026 at 10:00 AM in Zoom Video Conference before Senior Judge Charlene Edwards Honeywell. The Clerk will email counsel a Zoom invitation. (CAB) (Entered: 01/20/2026) |
| 01/20/2026 | 80 | Minute Entry for Virtual proceedings held before Senior Judge Charlene Edwards Honeywell: STATUS CONFERENCE as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk held on 1/20/2026. David Rehfuss appeared for the United States. Ryan J. Maguire appeared for Defendant Slawomir Winiewski −1. Wesley E. Trombley appeared for Defendant Wieslaw Robert Ruta −2 and stands in for Omar Abdelghany and appeared for Defendant Piotr Marek Adamczyk −3. The parties updated the Court on the status of the defendants and trial.The case is set for a date−certain trial on February 23, 2026.The estimated length of the trial is 5 days.Defendant Slawomir Winiewski (1) has a proffer scheduled for this Thursday. Although a plea agreement has not been tendered to this defendant, he is expected to enter an open guilty plea or agree to a stipulated facts bench trial.Plea agreements have been offered to the other two defendants.The Court has a discussion with defense counsels outside the presence of Mr. Rehfuss. For the reasons stated on the record, the Court will schedule another status conference in this case for February 3, 2026, at 10:00 AM via Zoom.The case remains set for trial on February 23, 2026.Any guilty plea must occur before February 23, 2026. Hearing time: 11:11 − 11:34 (23 Minutes) (Text only entry). Court Reporter: Sharon A. Miller (CAB) (Entered: |

| | | |
|---|---|---|
| | | 01/20/2026) |
| 12/09/2025 | 79 | Minute Entry for Virtual proceedings held before Senior Judge Charlene Edwards Honeywell: STATUS CONFERENCE as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk held on 12/9/2025. David Rehfuss appeared for the United States. Ryan Maguire appeared for Defendant Slawomir Winiewski (1). Wesley Trombley appeared for Defendant Wieslaw Robert Ruta (2). Omar Abdelghany appeared for Defendant Piotr Marek Adamczyk (3). This matter is set for a Date Certain Jury Trial on February 23, 2026; however, a resolution is still anticipated. Mr. Maguire was able to hire a polygrapher and has a scheduled appointment with the expert on Friday, December 12, 2025. Counsel indicates that the results of the study may impact what happens with the other defendants. All three defendants are safety−valve eligible; however, proffers have not yet occurred. Another status conference is scheduled for January 20, 2026, at 11:00 a.m. via Zoom. Hearing time: 01:36 − 01:50 (14 Minutes) (Text only entry). Court Reporter: Sharon A. Miller (CAB) (Entered: 12/09/2025) |
| 10/28/2025 | 78 | **ORDER as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. This case is continued until the FEBRUARY 2026 trial term. It is specially set for a DATE CERTAIN JURY TRIAL ON FEBRUARY 23, 2026, AT 9:30 A.M. Another status conference is scheduled for December 9, 2025, at 1:30 p.m. and January 20, 2026, at 11:00 a.m. Signed by Senior Judge Charlene Edwards Honeywell on 10/28/2025. (CAB)** (Entered: 10/28/2025) |
| 10/21/2025 | 77 | NOTICE OF HEARING as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk: Status Conference set for 1/20/2026 at 11:00 AM via Zoom Video Conference before Senior Judge Charlene Edwards Honeywell. (CAB) (Entered: 10/21/2025) |
| 10/21/2025 | 76 | **ORAL ORDER granting 75 Defendants' Oral Motion to Continue Trial as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), and Piotr Marek Adamczyk (3). After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendants to a speedy trial. Date Certain Jury Trial set for FEBRUARY 23, 2026, at 9:30 A.M. before Senior Judge Charlene Edwards Honeywell. Zoom Status Conferences set for December 9, 2025, at 1:30 p.m. and January 20, 2026, at 11:00 a.m. Signed by Senior Judge Charlene Edwards Honeywell on 10/21/2025. (CAB)** (Entered: 10/21/2025) |
| 10/21/2025 | 75 | ORAL MOTION to Continue Trial by Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. (CAB) (Entered: 10/21/2025) |
| 10/21/2025 | 74 | Minute Entry for Virtual proceedings held before Senior Judge Charlene Edwards Honeywell: STATUS CONFERENCE as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), and Piotr Marek Adamczyk (3) held on 10/21/2025. David Rehfuss appeared for the United States. Ryan Maguire appeared for Defendant Slawomir Winiewski (1). Wesley Trombley appeared for Defendant Wieslaw Robert Ruta (2). Omar Abdelghany appeared for Defendant Piotr Marek Adamczyk (3). All counsel had an opportunity to confer with their respective clients. A resolution or stipulated facts bench trial is anticipated. Mr. Maguire requests a continuance to the February 2026 Trial Term. Mr. Trombley and Mr. Abdelghany join in the request. The Government does not object. For the reasons stated on the record at the status |

| | | |
|---|---|---|
| | | conference, the Defendants' request for a continuance is GRANTED. The case is specially set to commence on February 23, 2026, at 9:30 a.m. Zoom status conferences will be held on December 9, 2025, at 1:30 p.m. and January 20, 2026, at 11:00 a.m. Hearing time: 02:04 − 02:23 (19 Minutes) (Text only entry). Court Reporter: Bill Jones (CAB) (Entered: 10/21/2025) |
| 09/19/2025 | 73 | NOTICE OF RESCHEDULING HEARING: The Zoom Status Conference hearing previously scheduled for 10/14/2025 is rescheduled as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. New hearing date and time: Status Conference set for 10/21/2025 at 02:00 PM via Zoom Video Conference before Senior Judge Charlene Edwards Honeywell. The Clerk will email counsel a Zoom invitation. (CAB) (Entered: 09/19/2025) |
| 09/18/2025 | 72 | **ORDER as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. This case is continued until the NOVEMBER 2025 Trial Term, commencing November 3, 2025. Another status conference is scheduled for October 14, 2025, at 10:30 a.m. Signed by Senior Judge Charlene Edwards Honeywell on 9/18/2025. (CAB)** (Entered: 09/18/2025) |
| 09/16/2025 | 71 | **ORAL ORDER granting 70 Oral Motion to Continue as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), and Piotr Marek Adamczyk (3). After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendants to a speedy trial. Jury Trial set for the NOVEMBER 2025 Trial Term commencing 11/3/2025 at 9:00 A.M. before Senior Judge Charlene Edwards Honeywell. Status Conference set for 10/14/2025 at 10:30 A.M. via Zoom Video Conference before Senior Judge Charlene Edwards Honeywell. The Clerk will send counsel a Zoom invitation via email. Signed by Senior Judge Charlene Edwards Honeywell on 9/16/2025. (CAB)** (Entered: 09/16/2025) |
| 09/16/2025 | 70 | ORAL MOTION to Continue Trial by Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. (CAB) (Entered: 09/16/2025) |
| 09/16/2025 | 69 | Minute Entry for Virtual proceedings held before Senior Judge Charlene Edwards Honeywell: STATUS CONFERENCE as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk held on 9/16/2025. David Rehfuss appeared for the United States. Ryan Maguire appeared for Defendant Slawomir Winiewski. Wesley Trombley appeared for Defendant Wieslaw Robert Ruta. Omar Abdelghany appeared for Defendant Piotr Marek Adamczyk. Defendants have secured the services of a different Polish interpreter.A resolution is possible as to Defendant Winiewski.Mr. Trombley and Mr. Abdelghany will be meeting with their respective clients tomorrow.These Defendants are expected to proceed to trial.The trial is expected to take three (3) days.Two Polish interpreters will be needed for the trial.The parties are uncertain whether it will be a stipulated facts bench trial or a jury trial in December.Defendants request a continuance. For the reasons stated on the record, the request for a continuance is GRANTED. The case is continued to the November 2025 Trial Term.A Zoom status conference will be held on October 14, 2025, at 10:30 a.m. to update the Court as to the type of trial and the availability of the Government's Coast Guard witnesses for a January trial. Hearing time: 09:38 − 09:47 (9 Minutes) (Text only entry). Court Reporter: Bill Jones (CAB) (Entered: 09/16/2025) |
| 07/25/2025 | 68 | |

| | | |
|---|---|---|
| | | **ORDER as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk. This case is continued until the October 2025 trial term, commencing October 6, 2025. Another status conference is scheduled for September 16, 2025, at 9:30 a.m. Signed by Senior Judge Charlene Edwards Honeywell on 7/25/2025. (SRC)** (Entered: 07/25/2025) |
| 07/15/2025 | 67 | **ORAL ORDER granting 66 Oral Motion to Continue Trial as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), Piotr Marek Adamczyk (3). After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendant to a speedy trial. Jury Trial set for the OCTOBER 2025 Trial Term commencing 10/6/2025 at 09:00 AM in Tampa Courtroom 13 A before Senior Judge Charlene Edwards Honeywell. Status Conference set for 9/16/2025 at 09:30 AM via Zoom Video Conference before Senior Judge Charlene Edwards Honeywell. The Clerk is send counsel a Zoom invitation via email. Signed by Senior Judge Charlene Edwards Honeywell on 7/15/2025. (SRC)** (Entered: 07/15/2025) |
| 07/15/2025 | 66 | ORAL MOTION to Continue Trial by Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk. (SRC) (Entered: 07/15/2025) |
| 07/15/2025 | 65 | Minute Entry for Virtual proceedings held before Senior Judge Charlene Edwards Honeywell: STATUS CONFERENCE as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk held on 7/15/2025. David Rehfuss appeared for the United States. Ryan Maguire appeared for defendant Slawomir Winiewski. Wesley Trombley appeared for defendant Wieslaw Robert Ruta. Omar Abdelghany appeared for defendant Piotr Marek Adamczyk. Defense has been unable to properly communicate with clients due to issues re: obtaining Polish interpreter. Counsel may need to request funds above the standard CJA rate. Defendants' request for a two−cycle continuance is GRANTED. Government had no objection. The case is continued to the October 2025 trial term commencing October 6, 2025. Hearing time: 10:18 − 10:25 (7 mins.) (Text only entry). Court Reporter: Tracey Aurelio (SRC) (Entered: 07/15/2025) |
| 07/14/2025 | 64 | **ORDERED: 40 Defendants' Motion to Suppress Evidence is denied. Signed by Senior Judge Charlene Edwards Honeywell on 7/14/2025. (SAA)** (Entered: 07/14/2025) |
| 06/20/2025 | 63 | **ORDER as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. The trial in this case is continued until the AUGUST 2025 trial term, commencing August 4, 2025. Another status conference is scheduled for JULY 15, 2025, at 9:30 A.M. Signed by Senior Judge Charlene Edwards Honeywell on 6/20/2025. (CAB)** (Entered: 06/20/2025) |
| 06/17/2025 | 62 | **ORAL ORDER granting in part and denying in part 61 Oral Motion to Continue Trial as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), Piotr Marek Adamczyk (3). After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting a one−cycle continuance outweigh the best interest of the public and Defendants to a speedy trial. Jury Trial set for the AUGUST 2025 Trial Term commencing 8/4/2025 at 9:00 A.M. in Tampa Courtroom 13A before Judge Charlene Edwards Honeywell. Status Conference set for 7/15/2025 at 9:30 A.M. via Zoom** |

| | | |
|---|---|---|
| | | **video conference before Judge Charlene Edwards Honeywell. The Clerk will send counsel a Zoom invitation via email. Signed by Senior Judge Charlene Edwards Honeywell on 6/17/2025. (CAB)** (Entered: 06/17/2025) |
| 06/17/2025 | 61 | ORAL MOTION to Continue Trial for two cycles by Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. (CAB) (Entered: 06/17/2025) |
| 06/17/2025 | 60 | Minute Entry for Virtual proceedings held before Senior Judge Charlene Edwards Honeywell: STATUS CONFERENCE as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), and Piotr Marek Adamczyk (3) held on 6/17/2025. David Rehfuss appeared for the United States. Samuel Landes appeared for Defendants Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. An Order on Defendants' pending Motion to Suppress Evidence 40 will be issued within the next few weeks. Defendants request a two−cycle continuance. The Government had no objection. Defendants' request for a two−cycle continuance is GRANTED, in part. The case is continued to the August 2025 trial term commencing August 4, 2025. A Zoom status conference will be held on July 15, 2025, at 9:30 A.M. Hearing time: 09:48 − 09:53 (5) (Text only entry). Court Reporter: Lori Cecil Vollmer (CAB) (Entered: 06/17/2025) |
| 05/27/2025 | 59 | DEFENDANTS' EXHIBIT LIST and EXHIBITS by Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk admitted into evidence at the Motion Hearing held on May 27, 2025, as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. (Attachments: # 1 Defendants' Exhibit A, # 2 Defendants' Exhibit B, # 3 Defendants' Exhibit C, # 4 Defendants' Exhibit D, # 5 Defendants' Exhibit E). (CAB) (Entered: 05/28/2025) |
| 05/27/2025 | 58 | GOVERNMENT EXHIBIT LIST and EXHIBIT by USA admitted into evidence at the Motion Hearing held on May 27, 2025, as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. (Attachments: # 1 Government Exhibit 1) (CAB) (Entered: 05/28/2025) |
| 05/27/2025 | 57 | Minute Entry for In Person proceedings held before Senior Judge Charlene Edwards Honeywell: ORAL ARGUMENT on motion as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk held on 5/27/2025 re: 40 Defendants' Motion to Suppress Evidence filed by Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. Court Reporter: Sharon A. Miller. (Interpreter/Language: George Koverdan/Polish). (CAB) (Entered: 05/27/2025) |
| 05/20/2025 | 55 | Notice of substitution of AUSA. David Rehfuss substituting for Ashley Haynes. (Rehfuss, David) (Entered: 05/20/2025) |
| 05/06/2025 | 54 | **ENDORSED ORDER granting 41 Motion for Hearing as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), and Piotr Marek Adamczyk (3). A hearing on the motion to suppress has been scheduled for May 27, 2025. Signed by Senior Judge Charlene Edwards Honeywell on 5/6/2025. (CAB)** (Entered: 05/06/2025) |
| 04/22/2025 | 53 | NOTICE OF HEARING in case as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk re: 40 Defendant's Motion to Suppress Evidence. Oral Argument set for 5/27/2025 at 01:30 PM in Tampa Courtroom 13 A before Senior Judge Charlene Edwards Honeywell. (CAB) (Entered: 04/22/2025) |
| 03/28/2025 | 51 | RESPONSE in Opposition by USA as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk re 40 MOTION to Suppress *Evidence*, 41 MOTION for |

| | | |
|---|---|---|
| | | Hearing *re: 40 Motion to Suppress* (Attachments: # 1 Exhibit A (Response from Poland), # 2 Exhibit B (Weather Logs))(Haynes, Ashley) (Entered: 03/28/2025) |
| 03/21/2025 | 50 | NOTICE *of Filing State Department Certification* by USA as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk (Attachments: # 1 Exhibit)(Haynes, Ashley) (Entered: 03/21/2025) |
| 03/19/2025 | 49 | **ORDER as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. The trial in this case is continued until the JULY 2025 trial term, commencing JULY 7, 2025. Another status conference is scheduled for JUNE 17, 2025, at 9:30 A.M. Signed by Senior Judge Charlene Edwards Honeywell on 3/19/2025. (CAB)** (Entered: 03/19/2025) |
| 03/19/2025 | 47 | **ENDORSED ORDER granting 42 Motion to Adopt Motion of Other Defendant. 40 MOTION to Suppress *Evidence*, 41 MOTION for Hearing *re: 40 Motion to Suppress* joined by Wieslaw Robert Ruta (2) as to Wieslaw Robert Ruta (2). Signed by Senior Judge Charlene Edwards Honeywell on 3/19/2025. (CAB)** (Entered: 03/19/2025) |
| 03/18/2025 | 46 | ORAL MOTION to Adopt 40 Motion to Suppress Evidence and 41 Motion for Evidentiary Hearing filed by Co−Defendant Slawomir Winiewski (1) as to Piotr Marek Adamczyk (3). (CAB) (Entered: 03/19/2025) |
| 03/18/2025 | 45 | **ORAL ORDER granting 44 Defendants' Oral Motion to Continue Trial as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), and Piotr Marek Adamczyk (3). After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendants to a speedy trial. Jury Trial set for the JULY 2025 Trial Term commencing 7/7/2025 at 9:00 AM in Tampa Courtroom 13A before Judge Charlene Edwards Honeywell. Status Conference set for 6/17/2025 at 9:30 AM via Zoom video conference before Judge Charlene Edwards Honeywell. The Clerk will send counsel a Zoom invitation via email. Signed by Senior Judge Charlene Edwards Honeywell on 3/18/2025. (CAB)** (Entered: 03/19/2025) |
| 03/18/2025 | 44 | ORAL MOTION to Continue Trial by Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. (CAB) (Entered: 03/19/2025) |
| 03/18/2025 | 43 | Minute Entry for Virtual proceedings held before Senior Judge Charlene Edwards Honeywell: STATUS CONFERENCE as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk held on 3/18/2025. Court Reporter: Sharon A. Miller (CAB) (Entered: 03/19/2025) |
| 03/17/2025 | 42 | MOTION to Adopt re 40 Motion to Suppress, 41 Motion for Hearing by Wieslaw Robert Ruta as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk. (Trombley, Wesley) (Entered: 03/17/2025) |
| 03/14/2025 | 41 | MOTION for Hearing *re: 40 Motion to Suppress* by Slawomir Winiewski. (Maguire, Ryan) (Entered: 03/14/2025) |
| 03/14/2025 | 40 | MOTION to Suppress *Evidence* by Slawomir Winiewski. (Attachments: # 1 Exhibit A − Photograph, # 2 Exhibit B − Registration Documents)(Maguire, Ryan) (Entered: 03/14/2025) |
| 02/13/2025 | 39 | |

| | | |
|---|---|---|
| | | **ENDORSED ORDER granting 38 Defendants' Unopposed Motion to Extend Pre−Trial Motion Filing Deadline as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), and Piotr Marek Adamczyk (3). The deadline to file pre−trial motions is extended, as to all Defendants, until MARCH 14, 2025. Signed by Senior Judge Charlene Edwards Honeywell on 2/13/2025. (CAB)** (Entered: 02/13/2025) |
| 01/24/2025 | 37 | **ORDER as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. The trial in this case is continued until the APRIL 2025 trial term, commencing APRIL 7, 2025. Another status conference is scheduled for MARCH 18, 2025, at 9:30 A.M. The deadline to file pretrial motions is extended to FEBRUARY 14, 2025. Signed by Senior Judge Charlene Edwards Honeywell on 1/24/2025. (CAB)** (Entered: 01/24/2025) |
| 01/21/2025 | 36 | **ORAL ORDER granting 35 Defendants' Oral Motion to Extend Pretrial Motions Deadlines as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), and Piotr Marek Adamczyk (3). The deadline to file pretrial motions is extended, as to all Defendants, until February 14, 2025. Signed by Senior Judge Charlene Edwards Honeywell on 1/21/2025. (CAB)** (Entered: 01/21/2025) |
| 01/21/2025 | 35 | ORAL MOTION to Extend Pretrial Motions Deadline by Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. (CAB) (Entered: 01/21/2025) |
| 01/21/2025 | 34 | **ORAL ORDER granting 33 Defendants' Oral Motion to Continue Trial as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), and Piotr Marek Adamczyk (3). After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendants to a speedy trial. Jury Trial set for the APRIL 2025 Trial Term commencing 4/7/2025 at 9:00 AM in Tampa Courtroom 13A before Judge Charlene Edwards Honeywell. Status Conference set for 3/18/2025 at 9:30 AM via Zoom video conference before Judge Charlene Edwards Honeywell. The Clerk will send counsel a Zoom invitation via email. Signed by Senior Judge Charlene Edwards Honeywell on 1/21/2025. (CAB)** (Entered: 01/21/2025) |
| 01/21/2025 | 33 | ORAL MOTION to Continue Trial by Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. (CAB) (Entered: 01/21/2025) |
| 01/21/2025 | 32 | Minute Entry for Virtual proceedings held before Senior Judge Charlene Edwards Honeywell: STATUS Conference as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk held on 1/21/2025. Court Reporter: Sharon A. Miller (CAB) (Entered: 01/21/2025) |
| 11/13/2024 | 31 | **ORDER as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. The trial in this case is continued until the FEBRUARY 2025 trial term, commencing FEBRUARY 3, 2025. Another status conference is scheduled for JANUARY 21, 2025, at 9:30 A.M. Signed by Senior Judge Charlene Edwards Honeywell on 11/13/2024. (CAB)** (Entered: 11/13/2024) |
| 11/12/2024 | 30 | **ORAL ORDER granting 29 Oral Motion to Continue Trial as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), and Piotr Marek Adamczyk (3). After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best** |

| | | |
|---|---|---|
| | | **interest of the public and Defendants to a speedy trial. Jury Trial set for the FEBRUARY 2025 Trial Term commencing 2/3/2025 at 9:00 AM in Tampa Courtroom 13A before Judge Charlene Edwards Honeywell. Status Conference set for 1/21/2025 at 9:30 AM via Zoom video conference before Judge Charlene Edwards Honeywell. The Clerk will send counsel a Zoom invitation via email. Signed by Senior Judge Charlene Edwards Honeywell on 11/12/2024. (CAB)** (Entered: 11/12/2024) |
| 11/12/2024 | 29 | ORAL MOTION to Continue Trial by Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. (CAB) (Entered: 11/12/2024) |
| 11/12/2024 | 28 | Minute Entry for Virtual proceedings held before Senior Judge Charlene Edwards Honeywell: STATUS Conference as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk held on 11/12/2024. Court Reporter: Sharon A. Miller (CAB) (Entered: 11/12/2024) |
| 10/02/2024 | 22 | **PRETRIAL discovery order and notice as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk. Jury Trial set for the DECEMBER trial term commencing on 12/2/2024 before Senior Judge Charlene Edwards Honeywell. Status Conference set for 11/12/2024 at 09:30 AM via Zoom Video Conference before Senior Judge Charlene Edwards Honeywell. Signed by Magistrate Judge Christopher P. Tuite on 10/2/2024. (AMS)** (Entered: 10/02/2024) |
| 10/02/2024 | 21 | **ORDER OF DETENTION PENDING TRIAL as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk Signed by Magistrate Judge Christopher P. Tuite on 10/2/2024. (AMS)** (Entered: 10/02/2024) |
| 10/01/2024 | 20 | NOTICE of Standing Order Regarding Due Process Protections Act, 3:20−mc−20−TJC, Doc 1 as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk: Pursuant to the Due Process Protections Act, the Court confirms the United States' disclosure obligation under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to comply with that obligation. Violating this order may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and other sanctions. Signed by Judge Timothy J. Corrigan. (AMS) (Entered: 10/02/2024) |
| 10/01/2024 | 19 | Minute Entry for In Person proceedings held before Magistrate Judge Christopher P. Tuite: granting 12 Motion to Appoint Interpreter as to Slawomir Winiewski (1); granting 12 Motion to Appoint Counsel as to Slawomir Winiewski (1); granting 12 Motion for Discovery as to Slawomir Winiewski (1); granting 15 Motion for Discovery as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), Piotr Marek Adamczyk (3); granting 15 Motion for Detention as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), Piotr Marek Adamczyk (3); granting 13 Motion to Appoint Interpreter as to Wieslaw Robert Ruta (2); granting 13 Motion to Appoint Counsel as to Wieslaw Robert Ruta (2); granting 13 Motion for Discovery as to Wieslaw Robert Ruta (2); granting 14 Motion to Appoint Interpreter as to Piotr Marek Adamczyk (3); granting 14 Motion to Appoint Counsel as to Piotr Marek Adamczyk (3); granting 14 Motion for Discovery as to Piotr Marek Adamczyk (3); Initial Appearance as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk held on 10/1/2024; ARRAIGNMENT as to Slawomir Winiewski (1) Count 1−2, and Wieslaw Robert Ruta (2) Count 1−2, and Piotr Marek Adamczyk (3) Count 1−2, held on 10/1/2024 Defendant(s) pled not guilty. (Digital) (Interpreter/Language: George Koverdan / Polish) (AMS) (Entered: 10/02/2024) |

| | | |
|---|---|---|
| 10/01/2024 | 17 | **ORAL ORDER of Appointment of CJA Counsel as to Wieslaw Robert Ruta: Appointment of Attorney Wes Trombley. Signed by Magistrate Judge Christopher P. Tuite on 10/1/2024. (AMS)** (Entered: 10/02/2024) |
| 10/01/2024 | 15 | ORAL MOTION for Discovery, ORAL MOTION for Detention by USA as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk. (AMS) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 10/02/2024) |
| 10/01/2024 | 13 | ORAL MOTION to Appoint Interpreter, ORAL MOTION to Appoint Counsel, ORAL MOTION for Discovery by Wieslaw Robert Ruta. (AMS) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 10/02/2024) |
| 10/01/2024 | | Arrest of Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk on 10/1/2024 (AMS) (Entered: 10/02/2024) |
| 10/01/2024 | 8 | INDICTMENT returned in open court as to Slawomir Winiewski (1) count(s) 1−2, Wieslaw Robert Ruta (2) count(s) 1−2, Piotr Marek Adamczyk (3) count(s) 1−2. (Attachments: # 1 Restricted Unredacted Indictment) (AM) (Entered: 10/01/2024) |
| 09/27/2024 | 1 | COMPLAINT as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), Piotr Marek Adamczyk (3). (TNP) [8:24−mj−02533−DCI] (Entered: 09/27/2024) |

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| | : | |
| v. | : | Case No.: 8:24-CR-00429-CEH-CPT-2 |
| | : | |
| | : | |
| | : | |
| WIESLAW ROBERT RUTA | : | |
| | : | |

**DEFENDANT WIESLAW ROBERT RUTA'S NOTICE OF APPEAL**

COMES NOW, undersigned counsel, on behalf of the Defendant, WIESLAW ROBERT RUTA, and files his notice of appeal as to the Judgment in a Criminal Case entered in the above styled case on August 26, 2026, by the Honorable Charlene Edwards Honeywell.

Respectfully Submitted,

By: /s/ Dane K. Chase

Dane K. Chase, Esq.
Florida Bar No.: 0076448
Chase Law Florida P.A.
111 2nd Ave NE
Suite 334
Saint Petersburg, Florida 33701
Direct: (727) 350-0361
Email: dane@chaselawfloridapa.com
CJA Counsel for the Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on September 4, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will then send notice of electronic filing to the electronic mail addresses of record.

By: /s/ Dane K. Chase
Dane K. Chase, Esq.
Florida Bar No.: 0076448

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA** **Case Number: 8:24-cr-429-CEH-CPT**

**v.** **USM Number: 38639-511**

**WIESLAW ROBERT RUTA** **Wesley E. Trombley, CJA**

# JUDGMENT IN A CRIMINAL CASE

A jury found Defendant guilty of Count Two of the Indictment. Defendant is adjudicated guilty of this offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 46 U.S.C. §§ 70503(a), 70506(a), 18 U.S.C. § 2, and 21 U.S.C. § 960(b)(1)(B)(ii) | Possession with the Intent to Distribute Five Kilograms or More of a Mixture or Substance Containing a Detectable Amount of Cocaine While Aboard a Vessel Subject to the Jurisdiction of the United States | September 20, 2024 | Two |

Defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that Defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, Defendant shall notify the Court and United States Attorney of any material change in Defendant's economic circumstances.

Date of Imposition of Judgment: August 26, 2026

Charlene Edwards Honeywell
CHARLENE EDWARDS HONEYWELL
UNITED STATES DISTRICT JUDGE

August 26, 2026

## IMPRISONMENT

Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **ONE HUNDRED FIFTY-ONE (151) MONTHS**.

The Court makes the following recommendations to the Bureau of Prisons:

- Defendant be incarcerated at the closest correctional facility with the appropriate security level to FCI Miami, as his first choice, or FCI Coleman, as his second choice.
- Defendant be allowed to take an English for Speakers of Other Languages (ESOL) class.
- Defendant be allowed to study for and obtain his GED.
- Defendant be allowed to participate in the UNICOR program.

Defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

**Wieslaw Robert Ruta**
**8:24-cr-429-CEH-CPT**

## RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ____________________ to ______________________________

at ________________________________________, with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By:____________________________
Deputy U.S. Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, Defendant will be on supervised release for a term of **FIVE (5) YEARS.**

## MANDATORY CONDITIONS

1. Defendant shall not commit another federal, state, or local crime.
2. Defendant shall not unlawfully possess a controlled substance.
3. Defendant shall refrain from any unlawful use of a controlled substance. Defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
4. Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

Defendant shall comply with the standard conditions that have been adopted by this court (set forth on the attached page).

Defendant shall also comply with the additional conditions on the attached page.

**Wieslaw Robert Ruta**
**8:24-cr-429-CEH-CPT**

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, Defendant shall comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by Probation Officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. Defendant shall report to the Probation Office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the Probation Officer instructs you to report to a different Probation Office or within a different time frame.
2. After initially reporting to the Probation Office, you will receive instructions from the court or the Probation Officer about how and when Defendant shall report to the Probation Officer, and Defendant shall report to the Probation Officer as instructed.
3. Defendant shall not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the Probation Officer.
4. Defendant shall answer truthfully the questions asked by your Probation Officer
5. Defendant shall live at a place approved by the Probation Officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), Defendant shall notify the Probation Officer at least 10 days before the change. If notifying the Probation Officer in advance is not possible due to unanticipated circumstances, Defendant shall notify the Probation Officer within 72 hours of becoming aware of a change or expected change.
6. Defendant shall allow the Probation Officer to visit you at any time at your home or elsewhere, and Defendant shall permit the Probation Officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. Defendant shall work full-time (at least 30 hours per week) at a lawful type of employment, unless the Probation Officer excuses you from doing so. If you do not have full-time employment Defendant shall try to find full-time employment, unless the Probation Officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), Defendant shall notify the Probation Officer at least 10 days before the change. If notifying the Probation Officer at least 10 days in advance is not possible due to unanticipated circumstances, Defendant shall notify the Probation Officer within 72 hours of becoming aware of a change or expected change.
8. Defendant shall not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, Defendant shall not knowingly communicate or interact with that person without first getting the permission of the Probation Officer.
9. If you are arrested or questioned by a law enforcement officer, Defendant shall notify the Probation Officer within **72 hours**.
10. Defendant shall not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11. Defendant shall not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the Probation Officer determines that you pose a risk to another person (including an organization), the Probation Officer may require you to notify the person about the risk and Defendant shall comply with that instruction. The Probation Officer may contact the person and confirm that you have notified the person about the risk.
13. Defendant shall follow the instructions of the Probation Officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. Probation Officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature:_________________________ Date:______________________

## SPECIAL CONDITION OF SUPERVISION

- If Defendant is deported, he shall not re-enter the United States without the express permission of the appropriate governmental authority. The Court recognizes that Defendant is lawfully in the United States, as he was paroled here for the purpose of prosecution.

Having been convicted of a qualifying felony, Defendant must cooperate in the collection of DNA as directed by the probation officer.

The mandatory drug testing requirements of the Violent Crime Control Act are suspended. However, Defendant must submit to random drug testing not to exceed 104 tests per year.

## CRIMINAL MONETARY PENALTIES

Defendant must pay the following total criminal monetary penalties under the schedule of payments set forth in the Schedule of Payments.

| Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|
| $100.00 Due Immediately | N/A | WAIVED | N/A | N/A |

## SCHEDULE OF PAYMENTS

Having assessed Defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

Special Assessment shall be paid in full and is due immediately.

Unless the Court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court, unless otherwise directed by the Court, the Probation Officer, or the United States Attorney.

Defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, and (9) penalties, and (10) costs, including cost of prosecution and court costs.

---

*Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
**Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
***Findings for the total amount of losses, are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.